UNITED STATES STEEL CORP., ET AL., PLAINTIFFS *v.* UNITED STATES
OF AMERICA, ET AL., DEFENDANTS

Court Nos. 82-12-01707, 83-1-00152, 82-10-01361

Before WATSON, *Judge.*

MEMORANDUM OPINION AND ORDER

(Dated June 28, 1983)

WATSON, *Judge:* In this opinion, the Court rules on a motion to dismiss and untangles a snarl of related procedural matters. Court No. 82-12-01707 was initiated on December 13, 1982, to obtain judicial review of a final subsidy determination, published by the International Trade Administration of the Department of Commerce (ITA) on November 15, 1982,[1] in a countervailing duty investigation of certain steel products from Spain.

On January 3, 1983, the ITA published a countervailing duty order [2] in the aforementioned Spanish steel proceeding.

On January 11, 1983, plaintiffs filed an amended complaint, reciting the ITA's publication of the countervailing duty order.

On January 31, 1983, defendants moved to dismiss Court No. 82-12-01707 as premature, or, alternatively, to dismiss for lack of standing that portion of the complaint which appears to challenge a final determination in a countervailing duty investigation of certain *stainless* steel products from Spain.[3]

On March 9, 1983, plaintiffs moved for leave to file a second amended complaint which delete any reference in the complaint to the final subsidy determination arising from the investigation of Spanish *stainless* steel. Plaintiffs have also moved to consolidate Court No. 82-12-01707 with Court No. 82-10-01361 (a challenge to subsidy determinations and suspension agreement arising out of a countervailing duty investigation of carbon steel plate from Brazil and a challenge to subsidy determinations arising out of a countervailing duty investigation of steel from South Africa). Defendants have moved to suspend all proceedings in Court No. 82-12-01707 pending resolution of their motion to dismiss in that case.

On January 31, 1983, plaintiffs commenced Court No. 82-1-00152 to challenge a final subsidy determination, published by the ITA on January 20, 1983 [4] in a countervailing duty investigation of carbon steel plate from Brazil; a decision by the ITA, published on January 4, 1983,[5] to suspend the antidumping investigation of carbon steel plate from Romania; and the same underlying ITA subsidy determinations in the Spanish steel countervailing duty investigation as were complained of in the earlier Court No. 82-12-01707.

---

[1] 47 Fed. Reg. 51438-53 (1982).
[2] 48 Fed. Reg. 51-52 (1983).
[3] 47 Fed. Reg. 51453-60 (1982).
[4] 48 Fed. Reg. 2568-78 (1983).
[5] 48 Fed. Reg. 317-20 (1983).

On April 6, 1983, defendants moved to sever and redesignate the portion of Court No. 83-1-00152 which pertains to Romania. They also moved to sever the part of the action which pertains to Brazil and consolidate it with Court No. 82-10-01361. Plaintiffs have moved to consolidate Court Nos. 82-10-01361, 82-12-01707 and 83-1-00152, in their entirety.

The Court views defendants' motion to dismiss Court No. 82-12-01707 as partially justified to the extent that the action seeks to challenge ITA methodologies which allegedly undervalued subsidies. Disputes over *amounts* of subsidies found to exist are challenges to *affirmative* determinations which must await an action commenced after the issuance of a countervailing duty order.[6] Other disputes, involving determinations that subsidies did not exist at all, represent challenges to negative determinations which may be raised in an action commenced prior to the issuance of a countervailing duty order, as in Court No. 82-12-01707.

The Court recently discussed the distinctions to be made in a case such as this:

> In support of their motion to sever and dismiss the earlier action defendants note that this Court possesses jurisdiction to review what they characterize as an "affirmative final determination" in a countervailing duty proceeding only if the action is commenced within 30 days *after* the publication of a *countervailing duty order.* 19 U.S.C. § 1516a(a)(2)(A)(ii). In contrast, plaintiff views the disputed ITA subsidy determinations as "negative final determinations," eligible for review under 19 U.S.C. § 1516a(a)(2)(B)(ii) by means of an action commenced within 30 days after publication of notice of the *determination.*
>
> The Court rejects defendants' characterization of the challenged determination as an indivisible affirmative determination which cannot be judicially reviewed in an action commenced prior to the publication of a countervailing duty order.
>
> In *Republic Steel Corp.* v. *United States,* 4 CIT 17 (1982), this Court held that preliminary determinations by the ITA that a particular practice is not a subsidy or that a particular producer is not receiving a subsidy are negative determinations, and therefore subject to judicial review. With one exception, the Court sees the same sort of determinations challenged in the action sought to be dismissed and consequently sees the same grounds for judicial review as in *Republic.*
>
> Only that portion of the earlier action which challenges the ITA's methods of quantifying the subsid[ies] . . . was premature. The ITA's use of methodology allegedly undervaluing the amount of countervailable subsidies did not constitute a discrete "negative" determination under *Republic,* and did not present the same potential for interim injury as did the deter-

---

[6] Such a dispute over quantification of a subsidy cannot be validated or initiated by means of an amended complaint in an action commenced before the issuance of a countervailing duty order. A separate action is required, which, in accordance with Rule 3(a) of this Court, must be commenced by the filing of a summons. As it happens, plaintiffs preserved the quantification dispute by properly commencing Court No. 83-1-00152.

minations that a particular practice was not a subsidy or that a particular producer was not receiving a subsidy.

*United States Steel Corp.* v. *United States,* 5 CIT 272 (1983).

For these reasons, and in the interest of efficient judicial resolution of these disputes, it is hereby

ORDERED that Count I of plaintiffs' complaint in Court No. 82-12-01707 which seeks to challenge the ITA's methods of quantifying subsidies found to exist during the investigation of certain steel products from Spain is hereby severed and dismissed; and it is further

ORDERED that all matters concerning the Spanish *stainless* steel countervailing duty determination are hereby stricken from the complaint in Court No. 82-12-01707; and it is further

ORDERED that Counts I, II, IV (Brazil) and those parts of Counts III and V that pertain to Brazil in plaintiffs' complaint in Court No. 82-1-00152 are hereby severed and consolidated with Court No. 82-10-01361; and it is further

ORDERED that Count VI (Romania) of plaintiffs' complaint in Court No. 83-1-00152 is hereby severed and redesignated Court No. 83-1-00152S; and it is further

ORDERED that the remainder of Court No. 82-12-01707 (Spain) is hereby consolidated with the remainder of Court No. 83-1-00152 (Spain); and it is further

ORDERED that plaintiffs shall file amended complaints in Consolidated Court No. 82-12-01707, and in 83-1-00152S, and shall also file a supplemental complaint in Consolidated Court No. 82-10-01361 within 15 days of the date of entry of this Order in accordance with the above-ordered severances and consolidations; and it is further

ORDERED that defendants shall serve answers to the amended and supplemental complaints within 15 days from the service of such complaints; an it is further

ORDERED that defendants shall, within 30 days from the date of filing of the amended and supplemental complaints, file the administrative records; and it is further

ORDERED that defendants' motion to suspend Court No. 82-12-01707 is denied.

# ABSTRACTS OF COURT OF INTERNATIONAL TRADE DECISIONS

## Protests

The following abstracts of decisions of the U.S. Court of International Trade at New York are published for the information and guidance of officers of the customs and others concerned.

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P88/1 | Ford, J. January 4, 1983 | Products Blending Corp. | 79-2-00200, etc. | Item 184.75 7.5% | Item 470.85 4% | Joseph F. Hendrix, a/c/ Productos Deshidratados de Mexico, S.A. v. U.S. (C.D. 4809) | New York Marigold extracts |
| P88/2 | Watson, J. January 4, 1983 | F. W. Myers & Co. | 74-8-02206-S1 | Item 608.05 0.3¢ per lb. | Item 608.02 Free of duty | F. W. Myers & Co. v. U.S. (C.D.'s 4635 and 4872) | Champlain-Rouses Point and Alexandria Bay (Ogdensburg; Buffalo Sponge iron powders |
| P88/3 | Watson, J. January 4, 1983 | F. W. Myers & Co. | 78-11-01956 | Item 608.05 0.3¢ per lb. | Item 608.02 Free of duty | F. W. Myers & Co. v. U.S. (C.D.'s 4635 and 4872) | Detroit; Champlain-Rouses Point (Ogdensburg) Sponge iron powders |
| P88/4 | Watson, J. January 4, 1983 | F. W. Myers & Co. | 79-10-01549 | Item 608.05 0.3¢ per lb. | Item 608.02 Free of duty | F. W. Myers & Co. v. U.S. (C.D.'s 4635 and 4872) | Detroit; Champlain-Rouses Point (Ogdensburg) Sponge iron powders |
| P88/5 | Maletz, J. January 4, 1983 | Pharmacia, Inc. | 80-7-01021 | Item 799.00 5% | Item 437.76 Free of duty | Agreed statement of facts | New York Diagnostic kits and components of diagnostic kits |
| P88/6 | Boe, J January 4, 1983 | Microma, Inc. | 80-3-00516, etc | Item 720.75 22.5% | Item 685.90 8.5% | U.S. v. Texas Instruments, Inc., No. 81-23 (CCPA 3/25/82) | San Francisco Components of solid-state digital watches |
| P88/7 | Ford, J., Jan. 7, 1983 | A. D. Sutton & Sons | 77-7-01221 | Item 706.24 20% | Item 706.23 6.5% | Agreed statement of facts | New York Handbags |

291

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/8 | Watson, J. Jan. 11, 1983 | J. C. Penney Purchasing Corp. | 81-9-01302 | Item 737.95 16.2% | Item 651.75 10.4% (rate applicable to hammer under 651.21) | Judgment on the pleadings | San Francisco 20-piece tool set |
| P83/9 | Ford, J. Jan. 12, 1983 | Dallas Handbag Co. | 80-11-00075 | Item 389.60 25¢ per lb. +15% | Item 706.24 20% | U.S. v. J. E. Mamiye & Sons, No. 81-6 (CCPA 11/19/81) | Dallas Handbags |
| P83/10 | Boe, J. Jan. 12, 1983 | Elbe Products Corp. | 82-4-00446 | Item 359.50, 355.25, 355.65, 774.60, 774.55, or 355.82 30% +25¢ per lb.; 15% +12¢ per lb.; or 8.5% | Item 771.42 6% | U.S. v. Elbe Products Corp. (C.A.D. 1267) | New York Artificial leather, synthetic leather, coated fabrics, etc. |
| P83/11 | Newman, J. January 13, 1983 | Dyn Electronics, Inc. | 79-4-00583, etc. | Items 685.21 and 685.23 10.4% | Items 685.25, 685.28 or 685.29 6% | Audiovox Corp. v. U.S. Slip Op. 81-11 (CIT 1/27/81) | Miami FM converters |
| P83/12 | Newman, J. January 13, 1983 | F. W. Myers & Co. | 73-1-00290 | Item 608.05 0.3¢ per lb. | Item 608.02 Free of duty | F. W. Myers & Co. v. U.S. (C.D.'s 4635 and 4872) | Detroit Sponge iron powders |
| P83/13 | Newman, J. January 13, 1983 | F. W. Myers & Co. | 75-12-03254-S1 | Item 608.05 0.3¢ per lb. | Item 608.02 Free of duty | F. W. Myers & Co. v. U.S. (C.D.'s 4635 and 4872) | Champlain-Rouses Point (Ogdensburg); Buffalo-Niagara Falls (Buffalo); Port Huron (Detroit) Sponge iron powders |
| P83/14* | Newman, J. January 13, 1983 | Gant Corp. | 81-6-00791 | Item 380.00 35% | Item 380.27 21% | T.D. 81-214 of 8/17/81 | New York Men's long sleeve cotton woven dress shirts |
| P83/15 | Newman, J. January 14, 1983 | Alltransport, Inc. | 79-5-00810 | Item 708.89 22.5% | Item 708.80 15% | Wild Heerbrugg Instruments, Inc. v. U.S. (C.D. 4767, reh'g denied, C.D. 4781) | New York Microscopy phototubes |

*Amended 3-7-83 See abs. p83/68.

| | | | | | | |
|---|---|---|---|---|---|---|
| P83/16 | Newman, J. January 14, 1988 | Audiovox Corp. | 81-9-01199 | Item 685.21 or 865.24 10.4% (merchandise marked "A" and "B") | Item 685.25 or 685.29 Free of duty pursuant to GSP (merchandise marked "A") Item 685.25, 685.28 or 685.29 6% (merchandise marked "B") | Audiovox Corp. v. U.S., Slip Op. 81-11 (CIT 1/27/81) | New York Converters, products of eligible beneficiary country (merchandise marked "A"); converters (merchandise marked "B") |
| P83/17 | Newman, J. January 14, 1988 | Border Brokerage Co. | 80-2-00324, etc. | Item 652.35 9.5% | Item 652.18 6% | Agreed statement of facts | Blaine (Seattle) Chain |
| P83/18 | Newman, J. January 14, 1988 | Creative Playthings, Div. of Columbia Broadcasting System | 76-10-02329 | Item 737.90 17.5% | Item 737.55 10.5% | Judgment on the pleadings Creative Playthings, Div. of Columbia Broadcasting System v. U.S. (C.D. 4754) | New York Cloth bricks |
| P83/19 | Newman, J. January 14, 1988 | Creative Playthings, Div. of Columbia Broadcasting System | 78-12-02315 | Item 737.90 17.5% | Item 737.55 10.5% | Judgment on the pleadings Creative Playthings, Div. of Columbia Broadcasting System v. U.S. (C.D. 4754) | New York Cloth bricks |
| P83/20 | Maletz, S. J. January 14, 1988 | Selecta, Inc. | 81-6-00692 | Item 359.50 25¢ per lb. + 30% | Item 355.25 12¢ per lb. + 15% | Agreed statement of facts | Baltimore Nonwoven fabrics |
| P83/21 | Newman, J. January 17, 1988 | Harper's Bazaar | 82-6-00871 | Entry deemed liquidated by operation of law at rate and amount of duties asserted by importer at time of entry; merchandise assessed with increased duties; increased duties paid by plaintiff | Merchandise entitled to duty-free treatment under item 800.00; increased duties of $4,892.15, plus interest, should be refunded to plaintiff | Agreed statement of facts | New York Various articles of apparel |
| P83/22 | Newman, J. January 17, 1988 | Lifo Industries, Inc. | 81-7-00964 | Item 382.02 42.5% | Item 382.63 37.5¢ per lb. + 21% | Agreed statement of facts | New York Ladies wool woven shirt (style No. 44035) |
| P83/23 | Newman, J. January 17, 1988 | Uniroyal, Inc. | 80-8-01219-S | Item 657.25 9.5% | Item 772.65 4% | Uniroyal, Inc. v. U.S. (Abs. P80/59) | Baltimore Rubber hose, pipe or tubing in various lengths with attached fittings |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/24 | Newman, J. January 17, 1983 | Uniroyal, Inc. | 80-10-01799-S1 | Item 657.25 9.5% | Item 772.65 3.9% | Uniroyal, Inc. v. U.S. (Abs. P80/59) | Champlain-Rouses Point (Ogdensburg) Rubber hose, pipe or tubing in various lengths with attached fittings |
| P83/25 | Newman, J. January 19, 1983 | Ozen Sound Devices, Inc. | 78-3-00372, etc. | Item 737.90 and 737.95 17.5% | Item 685.32 5.5% | Agreed statement of facts | New York Talking mechanisms; phonographs |
| P83/26 | Newman, J. January 21, 1983 | F. W. Myers & Co. | 74-6-01543-S1 | Item 608.05 0.3¢ per lb. | Item 608.02 Duty free | F. W. Myers & Co. v. U.S. (C.D. 4635) | Champlain-Rouses Point and Alexandria Bay (Ogdensburg) Sponge iron powders |
| P83/27 | Newman, J. January 25, 1983 | Spiegel, Inc. | 80-10-01758 | Item 720.16 75¢ each + 16% + 6.26¢ per jewel | Item 688.40 5.5% | Judgment on the pleadings | Chicago AM-FM smoke detector LED digital clock radios |
| P83/28 | Newman, J. January 27, 1983 | John Henry Division of Manhattan Industries | 80-10-01693 | Item 380.04 42.5% | Item 380.84 25¢ per lb. + 27.5% | Agreed statement of facts | Seattle Men's shirts |
| P83/29 | Ford, J. January 28, 1983 | A. N. Deringer for the account of Miracle Exclusives, Inc. | 81-2-00216 | Item 772.15 or 774.60 8.5% | Item 666.00 Duty free | U.S. v. Miracle Exclusives, Inc. No. 81-17 (CCPA 12/30/81) | Champlain-Rouses Point (Ogdensburg) Plastic germination trays |
| P83/30 | Ford, J. January 28, 1983 | A. N. Deringer for the account of Miracle Exclusives, Inc. | 81-12-01669 | Item 772.15 or 774.60 8.5% | Item 666.00 Duty free | U.S. v. Miracle Exclusives, Inc. No. 81-17 (CCPA 12/30/81) | Champlain-Rouses Point (Ogdensburg) Plastic germination trays |
| P83/31 | Newman, J. January 28, 1983 | Chrysler Corp. | 72-5-00999 | Item 696.15 10.5%, 9.5%, 8% or 7% | Item 680.45 8%, 7%, 6% or 5% | Eaton Manufacturing Co. v. U.S. (C.D. 4207, rev'd and remanded C.A.D. 1076, further remanded C.D. 4571) | New York Outboard drives and parts |
| P83/32 | Newman, J. January 28, 1983 | Colonial Printing Ink Co. | 79-5-00749, etc. | Item 406.70 20% | Item 474.26 2% | Agreed statement of facts | New York Inks |
| P83/33 | Newman, J. January 31, 1983 | Border Brokerage Co. | 74-2-00561, etc. | Item 731.60 15% or 12.5% | Item 745.68 10% or 8.5% | Border Brokerage Co. v. U.S., Slip Op. 81-103 (CIT 11/16/81) | Blaine (Seattle) Halibut or salmon snaps |

| | | | | | | Agreed statement of facts | |
|---|---|---|---|---|---|---|---|
| P83/34 | Newman, J. February 1, 1983 | Coleco Industries, Inc. | 79-9-01479 | Item 685.90 8.5% | Item A 685.90 Free of duty pursuant to Generalized System of Preferences | | New York Photo detector harnesses; products of eligible beneficiary developing country |
| P83/35 | Newman J. February 2, 1983 | Mitsui & Co. (USA), Inc. | 82-3-00362 | Item 609.86 8.5% + additional duties on alloy content | Item 609.82 0.1¢ per lb. + 2% + additional duties on alloy content | Philipp Overseas, Inc. v. U.S. (C.D. 4859, aff'd C.A.D. 1263) | Philadelphia Hot rolled, annealed and pickled stainless steel angles |
| P83/36 | Maletz, S.J. February 10, 1983 | F. W. Myers & Co. | 80-1-00172 | Item 608.05 0.3¢ per lb. | Item 608.02 Duty free | F. W. Myers & Co. v. U.S. (C.D.'s 4635 and 4872) | Champlain-Rouses Point (Ogdensburg); Detroit Sponge iron powders |
| P83/37 | Boe, J. February 10, 1983 | Rockwell International Corp. | 82-7-00987 | Item 715.68 $1.12 each + 16% | Item 685.90 8.5% | U.S. v. Texas Instruments, Inc. No. 81-23 (CCPA 3/25/82) | Calexico (San Diego) Irrigation controllers |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/38 | Boe, J. February 10, 1983 | Sanyo Electric Inc. | 81-3-00264, etc. | Items 715.49, 716.12, 720.14, 720.16, 720.18, etc. Not stated (merchandise marked "A", "B", "C", "D", "E", "F" or "G") | Item 676.20 5%, 4.8%, 4.7% or 4.5% (Merchandise marked "A") Item 678.50 5%, 4.8%, 4.7% or 4.5% (merchandise marked "B") Item 684.25 4% (merchandise marked "C") Item 685.24 10.4%, 9.9%, 9.3% or 8.8% (merchandise marked "D") Item 685.40 5.5%, 5.3% or 4.9% (merchandise marked "E") Items 688.40 or 688.45 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "F") Item 685.29 6% (merchandise marked "G") | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | Los Angeles Solid state timing devices; entirety with article in which incorporated |
| P83/39 | Maletz, S.J. February 14, 1983 | Wild Heerbrugg Instruments, Inc. | 80-3-00385 | Item 708.89 22.5% | Item 708.80 15% | Wild Heerbrugg Instruments, Inc. v. U.S. (C.D. 4767) | New York Microscopy phototubes |
| P83/40 | Watson, J. February 17, 1983 | Aldrich Chemical Co. | 79-8-01239 | Item 425.52 1.5¢ per lb. + 7.5% | Item 437.22 2% | Aldrich Chemical Co. v. U.S., Slip Op. 81-101 (CIT 11/9/81) | Milwaukee Cytochalasin B |
| P83/41 | Watson, J. February 17, 1983 | Aldrich Chemical Co. | 79-11-01708 | Item 425.52 1.5¢ per lb. + 7.5% | Item 437.22 2% | Aldrich Chemical Co. v. U.S., Slip Op. 81-101 (CIT 11/9/81) | Milwaukee Cytochalasin B |

| | | | | | | Agreed statement of facts | |
|---|---|---|---|---|---|---|---|
| P83/42 | Maletz, S.J. February 17, 1983 | Kombi, Ltd. | 81-1-00086, etc. | Item 704.85 32.5% + 25¢ per lb. | Items 734.99 and 735.06 Free of duty under GSP by virtue of Ex. Order No. 11888 of 11/24/75 | Agreed statement of facts | Newark (New York) Glove liners; products of eligible beneficiary country |
| P83/43 | Maletz, S.J. February 17, 1983 | United Tire and Rubber Co. | 81-10-01425, etc. | Item 772.51 4% | Item 772.50 Free of duty | Agreed statement of facts | Sault Ste. Marie (Detroit) Log skidder tires |
| P83/44 | Ford, J. February 22, 1983 | Overseas Mailman, Inc. | 78-2-00357, etc. | Item 386.04 40% | Item 706.22 15% | J.E. Mamiye & Sons, Inc. v. U.S. (C.D. 4878, aff'd 11/19/81) | New York Duffel bags, denim bags, etc. |
| P83/45 | Watson, J. February 22, 1983 | Aldrich Chemical Co. | 79-1-00118 | Item 425.52 1.5¢ per lb. + 7.5% | Item 437.22 2% | Aldrich Chemical Co. v. U.S., Slip Op. 81-101 (CIT 11/9/81) | Milwaukee Organic chemical, Cytochalasin B |
| P83/46 | Watson, J. February 22, 1983 | Aldrich Chemical Co. | 79-3-00446 | Item 425.52 1.5¢ per lb. + 7.5% | Item 437.22 2% | Aldrich Chemical Co. v. U.S., Slip Op. 81-101 (CIT 11/9/81) | Milwaukee Organic chemical, Cytochalasin B |
| P83/47 | Watson, J. February 22, 1983 | All Channel Products | 81-5-00568, etc. | Item 685.90 8.1% (items marked "A") Item 685.18 4.8% (items marked "B") | Item 685.19 4.8% (items marked "A" and "B") | All Channel Products Corp. v. U.S., Slip Op. 81-8 (CIT 1/16/81) (items marked "A") Agreed statement of facts (items marked "B") | New York Parts of television apparatus (items marked "A"); television apparatus or parts thereof (items marked "B") |
| P83/48 | Watson, J. February 22, 1983 | Camp Ways, Inc. | 81-4-00402 | Item 389.62 25¢ per lb. + 15% | Item A735.20 Free of duty under GSP | Standard Surplus Sales Inc. v. U.S., Slip. Op. 81-5 (CIT 1/13/81) | Los Angeles Shoulder straps |
| P83/49 | Watson, J. February 22, 1983 | Standard Sales, Inc. | 81-1-00105 | Item 389.62 25¢ per lb. + 15% | Item 735.20 10% | Standard Surplus Sales, Inc. v. U.S., Slip Op. 81-5 (CIT 1/13/81), U.S. v. Standard Surplus Sales, Inc. No. 81-13 (CCPA 12/17/81) | Los Angeles Shoulder straps, shoulder pads, etc. |
| P83/50 | Maletz, S.J. February 22, 1983 | Arthur J. Humphreys | 80-8-01274, etc. | Item 184.75 8% or 7.5% Item 184.85 5.2% or 3% | Item 184.47 Free of duty | Norman G. Jensen, Inc. v. U.S. Slip Op. 81-102 (CIT 11/12/81) | Sumas (Seattle) Grain screenings pellets |
| P83/51 | Maletz, S.J. February 22, 1983 | Nippon Kogaku (USA), Inc. | 81-4-00449, etc. | Item 722.34 10%, 9.5% or 9% | Item 722.16 7.5%, 6.9% or 6.4% | Agreed statement of facts | New York Camera motor drives; entireties with cameras to which they attach and with which imported |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/52 | Maletz, S.J. February 22, 1983 | United Tire and Rubber Co. | 81-10-01424 | Item 772.51 4% | Item 772.50 Free of duty | Agreed statement of facts | Blaine (Seattle) Log skidder tires |
| P83/53 | Boe, J. February 24, 1983 | Magnavox Consumer Electronic Co. | 81-7-00882, etc. | Merchandise classified as combination articles, with the constructively separate clock movements being classified under item 720.18 or 715.68 and assessed at various rates | Item 685.40 5.3% (entirety) Dutiable on basis of export value; said value is equal to sum of appraised values of tape recorders and timepiece portions thereof | Texas Instruments, Inc. v. U.S., Slip Op. 81-81 (CIT 4/17/81), aff'd 3/25/82 | Los Angeles Video cassette recorders; tape recorders in which are incorporated digital clocks or timers which contain solid state electronic modules; entireties |
| P83/54 | Maletz, S.J. February 24, 1983 | Ecobay Sportswear, Inc. | 80-12-00189 | Under item 807.00 at rate of duty applicable to item 382.81 or 382.33, with allowance given to cost or value of some of the fabric components, the product of U.S.; no allowance made for fabric components, the product of U.S., subjected to buttonhole and/or pocket slit operations during assembly of imported garments | Components subjected to buttonhole and/or pocket slit operations during the assembly process are properly classifiable under item 807.00 and entitled to duty allowance | U.S. v. Mast Industries, No. 81-18 (CCPA 12/30/81) | Miami American goods returned; articles of wearing apparel assembled abroad in part of U.S. fabricated components |
| P83/55 | Maletz, S.J. February 24, 1983 | F. W. Myers & Co. | 77-2-00191 | Item 608.05 0.3¢ per lb. | Item 608.02 Free of duty | F. W. Myers & Co. v. U.S. (C.D.'s 4635 and 4872) | Champlain-Rouses Point (Ogdensburg) Sponge iron powders |

| | | | | Claimed | Classified | Authority | Location / Description |
|---|---|---|---|---|---|---|---|
| P83/56 | Maletz, S.J. February 24, 1983 | J. C. Penney Purchasing Corp. | 82-6-00882 | Item 737.95 17.5% (entirety) | Item A737.15 Free of duty under GSP (Corvette car) Item A685.60 Free of duty under GSP (transmitter) | Agreed statement of facts | New York Corvette car and handheld transmitter; products of an eligible beneficiary country |
| P83/57 | Maletz, S.J. February 24, 1983 | Lloyd's Electronics, Int'l. | 81-7-00910 | Item 676.20 5% Item 720.16 16% + 75¢ each | Item 676.20 2% | Agreed statement of facts | New York Solid-state digital calculators incorporating timekeeping devices with LCD displays on key chains |
| P83/58 | Watson, J. March 1, 1983 | Standard Sales, Inc. | 80-8-01266 | Item 389.62 25¢ per lb. + 15% | Item 735.20 10% | Standard Surplus Sales, Inc. v. U.S., Slip Op. 81-5 (CIT 1/13/81) U.S. v. Standard Surplus Sales, Inc. No. 81-13 (CCPA 12/17/81) | Los Angeles Nylon padded shoulder straps |
| P83/59 | Watson, J. March 3, 1983 | All Channel Products | 81-10-01441 | Item 685.90 8.1% (merchandise marked "A") Item 685.18 5% (merchandise marked "B") | Item 685.19 4.8% (merchandise marked "A" and "B") | All Channel Products Corp. v. U.S., Slip Op. 81-8 (CIT 1/16/81) (merchandise marked "A") Agreed statement of facts (merchandise marked "B") | New York Parts of television apparatus (merchandise marked "A"); model No. 895, and part Nos. 231, 245, 439, 546 (merchandise marked "B") |
| P83/60 | Watson, J. March 3, 1983 | Camp-Ways, Inc. | 81-9-01173 | Item 389.62 25¢ per lb. + 15% | Item 735.20 10% | Standard Surplus Sales, Inc. v. U.S., Slip Op. 81-5 (CIT 1/13/81) U.S. v. Standard Surplus Sales, Inc., No. 81-13 (CCPA 12/17/81) | Los Angeles Net mesh back bands |
| P83/61 | Watson, J. March 3, 1983 | Camp Ways, Inc. | 81-11-01525 | Item 389.62 25¢ per lb. + 15% | Item 735.20 10% | Standard Surplus Sales, Inc. v. U.S., Slip Op. 81-5 (CIT 1/13/81) U.S. v. Standard Surplus Sales, Inc., No. 81-13 (CCPA 12/17/81) | Los Angeles Net mesh back bands |
| P83/62 | Watson, J. March 3, 1983 | Standard Sales, Inc. | 80-9-01479 | Item 389.62 or 389.60 15% | Item 735.20 10% | Standard Surplus Sales, Inc. v. U.S., Slip Op. 81-5 (CIT 1/13/81) U.S. v. Standard Surplus Sales, Inc. No. 81-13 (CCPA 12/17/81) | Los Angeles Shoulder straps and nylon web straps |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/68 | Watson, J., March 3, 1983 | Valley Distributing Co. | 81-9-01277 | Item 386.50 14% | Item 735.20 10% | Standard Surplus Sales, Inc. v. U.S. Slip Op. 81-5 (CIT 1/13/81) U.S. v. Standard Surplus Sales, Inc., No. 81-13 (CCPA 12/17/81) | Los Angeles Cotton web straps |
| P83/64 | Maletz, S.J., March 3, 1983 | Warshawsky and Co. | 81-8-01022 | Item 648.97, 685.70, 711.98, 711.84, 692.27, 648.85, 660.97, 646.42, 646.65 11%, 7%, 5%, 4% Merchandise was eligible for duty-free treatment under Title V of TA of 1974, but no original Certificates of Origin, Form A, were furnished with entries | Under assessed TSUS provisions free of duty pursuant to GSP; valid copy of appropriate Certificates of Origin, Form A, is acceptable for purposes of establishing country of origin under GSP when an importer is unable to present original Form A due to factors beyond his control | Agreed statement of facts | Chicago Auto parts; products of beneficiary developing country |
| P83/65 | Ford, J., March 7, 1983 | A & A International Inc. | 81-5-00573, etc. | Merchandise separately classified as watch or clock movements under items 716.14, 720.14, 720.16, etc. and assessed at various rates | Item 676.20 5%, or 4.8% (merchandise marked "A") Item 678.50 5%, 4.8%, 4.7% or 4.5% (merchandise marked "B") Item 685.70 4% (merchandise marked "C") Item 688.40 or 688.45 5.5% or 5.3% (merchandise marked "D") | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | Los Angeles Solid state timing devices; entirety with article in which incorporated |

| Case No. | Judge/Date | Plaintiff | Court No. | Item (claimed) | Item (classified) | Citation | Location/Description |
|---|---|---|---|---|---|---|---|
| P83/66 | Ford, J. March 7, 1983 | Ohio Bag Corp. | 80-5-00768, etc. | Item 389.62 25¢ per lb. + 15% | Item 706.24 20% | J.E. Mamiye & Sons v. U.S. (C.D. 4878) | New York Bags or handbags |
| P83/67 | Watson, J. March 7, 1983 | Standard Sales, Inc. | 81-9-01255 | Item 389.62 25¢ per lb. + 15% | Item 735.20 10% | Standard Surplus Sales, Inc. v. U.S., Slip Op. 81-5 (CIT 1/13/81) U.S. v. Standard Surplus Sales, Inc., No. 81-13 (CCPA 12/17/81) | Los Angeles Shoulder pads, nylon straps and back bands |
| P83/68 | Newman, J. March 7, 1983 (amends decision and judgment of 1/13/83 [Abs. P83/14] so as to require payment of all lawful interest due and owing plaintiff upon reliquidation by customs official) | Gant Corp. | 81-6-00791 | Item 380.00 35% | Item 380.27 21% | T.D. 81-214 of 8/17/81 | New York Men's long sleeve cotton woven dress shirts |
| P83/69 | Maletz, S.J. March 7, 1983 | Ozen Sound Devices | 81-7-00930 | Item 737.95 16.2% or 17.5% | Item 685.32 5.5% | Agreed statement of facts | New York Talking mechanisms |
| P83/70 | Newman, J. March 8, 1983 | Alaron, Inc. | 80-10-01727 | Item 685.24 10.4% | Item 685.25 6% | Audiovox Corp. v. U.S., Slip Op. 81-11 (CIT 1/27/81) | San Francisco CB converters |
| P83/71 | Newman, J. March 8, 1983 | Audiovox Corp. | 81-10-01435 | Item 685.21 or 685.24 10.4% | Item 685.25 6% | Audiovox Corp. v. U.S., Slip Op. 81-11 (CIT 1/27/81) | New York; Los Angeles Converters |
| P83/72 | Newman, J. March 8, 1983 | New York Merchandise Co. | 81-7-00838 | Item 683.80 13.75% | Item 688.40 5.5% | New York Merchandise Co. v. U.S., Slip Op. 81-24 (CIT 3/12/81) | Los Angeles Battery operated plastic twin rose glow lites |
| P83/73 | Newman, J. March 8, 1983 | Philipp Overseas, Inc. | 80-7-01037, etc. | Item 609.86 8.5% + additional duties on alloy content | Item 609.82 0.1¢ per lb. + 2% + additional duties on alloy content | Philipp Overseas, Inc. v. U.S., C.A.D. 4859, aff'd, (C.D. 1263) | Philadelphia Hot rolled, annealed and pickled stainless steel angles |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/74 | Newman, J. March 8, 1983 | Texas Instruments Inc. | 81-3-00811 | Item 722.84 10% | Item A722.34 Free of duty pursuant to GSP | Texas Instruments Inc. v. U.S., No. 81-31 (CCPA 6/3/82) | Honolulu Electronic parts of photographic cameras (cue modules) |
| P83/75 | Ford, J. March 10, 1983 | Act Young Imports, Inc. | 82-4-00495 | Item 389.62 15%+25¢ per lb. | Item 706.24 20% | J. E. Mamiye & Sons v. U.S. (C.D. 4878), aff'd 11/19/81 | New York Tote bags |
| P83/76 | Boe, J. March 10, 1983 | APF Electronics Inc. | 81-12-01735 | Items 720.02, 720.14, etc. Various rates | Item 676.20 4.8% or 4.7% | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | Los Angeles Solid state timing devices; entirely with article in which incorporated |
| P83/77 | Boe, J. March 10, 1983 | Colonial Printing Ink Co. | 78-10-01729 | Item 406.70 20% | Item 474.26 2% | Agreed statement of facts | New York Ink |
| P83/78 | Boe, J. March 10, 1983 | Colonial Printing Ink Co. | 78-10-01873 | Item 406.70 20% | Item 474.26 2% | Agreed statement of facts | New York Ink |
| P83/79 | Boe, J. March 10, 1983 | Colonial Printing Ink Co. | 79-1-00166 | Item 406.50 20% | Item 474.26 2% | Agreed statement of facts | New York Ink |
| P83/80 | Boe, J. March 10, 1983 | Colonial Printing Ink Co. | 82-1-00123 | Item 406.70 20% | Item 474.26 2% | Agreed statement of facts | New York Ink |
| P83/81 | Maletz, S.J. March 10, 1983 | International Seaway Trading Corp. | 73-4-00894, etc. | Item 700.60 20% | Item 700.70 15%, 13%, 12%, 10%, 9% or 7.5% | International Seaway Trading Corp. v. U.S. (C.D. 4773) | New York Footwear |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/82 | Boe, J. March 14, 1983 | Dove International Corp. | 80-1-00014 | Under item 807.00 at rate of duty applicable to items 380.00, 380.06, 382.00, 382.06 with allowance given to cost or value of some of the fabric components the product of the U.S., no allowance made for fabric components, the product of U.S., subjected to buttonhole and/or pocket slit operations during assembly of imported garments | Components subjected to buttonhole and/or pocket slit operations during assembly process are properly classifiable under item 807.00 and entitled to duty allowance | U.S. v. Mast Industries, No. 81-18 (CCPA 12/30/81) | Miami American goods returned; garments consisting in part of fabric components of U.S. origin subjected to buttonhole and/or pocket slit operations during foreign assembly of imported garments |
| P83/83 | Boe, J. March 14, 1983 | J.C. Penney Purchasing Corp. | 80-6-00884 | Merchandise separately classified as watch or clock movements and assessed with duty at various rates under items 720.02, 720.16 and 720.18 | Item 678.50 5% (merchandise marked "SFA") Item 684.30 4% (merchandise marked "SFB" and "NB") Item 685.20 5% (merchandise marked "NC") Item 685.40 5.5% (merchandise marked "SFD") | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | San Francisco, Norfolk Solid state timing devices; entirely with article in which incorporated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED<br>Item No. and Rate | HELD<br>Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/84 | Boe, J.<br>March 14, 1983 | J.C. Penney Purchasing Corp. | 80-10-01788 | Merchandise separately classified as watch or clock movements and assessed with duty at various rates under items 720.02, 720.16 and 720.18 | Item 678.50 5% or 4.8% (merchandise marked "SFA") Item 684.25 4% (merchandise marked "SFB" and "NB") Item 684.30 4% (merchandise marked "SFC") Item 685.40 5.5% or 5.3% (merchandise marked "SFD" and "ND") | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | San Francisco; Norfolk Solid state timing devices; entirety with article in which incorporated |
| P83/85 | Boe, J.<br>March 14, 1983 | J.C. Penney Purchasing Corp. | 82-4-00585 | Merchandise separately classified as watch or clock movements and assessed with duty under item 720.18 at 95¢ each + 13.6% | Item 685.40 5.1% (merchandise marked "A" and "B") | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | San Francisco; Norfolk Solid state timing devices; entirety with article in which incorporated |

| P83/86 | Boe, J. March 14, 1983 | North American Trading Corp. | Foreign | 81-2-00139 | LCD clocks classified under item 715.15 with duty assessed on the "movements" under item 716.15, 716.18 or 720.02 at 75¢ each, 67¢ each, 37¢ each or 36¢ each, and with duty on the cases under item 720.34 at 13.5% or 12.7% (merchandise marked "A"); "clock" portion of merchandise described as clock calculators classified under item 715.15 with duty on the "movements" under item 720.02 (rate of duty not stated) (merchandise marked "B") | Item 688.36 5.5% or 5.3% (merchandise marked "A") Item 676.20 4.8% (merchandise marked "B") | Agreed statement of facts | New York LCD clocks (merchandise marked "A"); "clock" portion of clock calculators—entirely with calculators (merchandise marked "B") |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P88/87 | Boe, J. March 14, 1983 | Sanyo Electric, Inc. | 80-12-00185, etc. | Merchandise separately classified as watch or clock movements and assessed with duty at various rates under items 715.49, 716.12, 720.14, 720.16, 720.18, etc. | Item 678.50 5%, 4.8%, 4.7% or 4.5% (merchandise marked "A") Item 684.25 4% (merchandise marked "B") Item 685.24 10.4%, 9.9%, 9.3% or 8.9% (merchandise marked "C") Item 685.40 5.5%, 5.3% or 4.9% (merchandise marked "D") Item 685.50 7.5%, 6.9% or 6.5% (merchandise marked "E") Item 688.40 or 688.45 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "F") Item 685.90 8.1% (merchandise marked "G") | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | Los Angeles Solid state timing devices; entirety with article in which incorporated |

| | | | | Classified | Claimed | Authority | Port / Merchandise |
|---|---|---|---|---|---|---|---|
| P83/88 | Boe, J. March 14, 1988 | Sanyo Electric, Inc. | 81-8-01077, etc. | Merchandise separately classified as watch or clock movements and assessed with duty at various rates under items 715.49, 716.12, 720.14, 720.16, 720.18, etc. | Item 676.20 5%, 4.8%, 4.7% or 4.5% (merchandise marked "A") Item 678.50 5%, 4.8%, 4.7% or 4.5% (merchandise marked "B") Item 684.25 4% (merchandise marked "C") Item 685.24 10.4%, 9.9%, 9.3% or 8.8% (merchandise marked "D") Item 685.50 7.5%, 6.9% or 6.5% (merchandise marked "E") | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | New York Solid state timing devices; entirety with article in which incorporated |
| P83/89 | Ford, J. March 15, 1983 | Astra Trading Corp. | 80-3-00571, etc. | Item 389.62 15%+25¢ per lb. | Item 706.24 20% | J.E. Mamiye & Sons v. U.S. (C.D. 4878, aff'd 11/19/81) | New York Tote bags, traveling bags, etc. |
| P83/90 | Ford, J. March 15, 1983 | Berkshire Handkerchief Co. | 80-11-00019, etc. | Item 389.62 15%+25¢ per lb. | Item 706.24 20% | J.E. Mamiye & Sons v. U.S. (C.D. 4878, aff'd 11/19/81) | New York Ladies tote bags, etc. |
| P83/91 | Boe, J. March 15, 1983 | Bradley Time Div., Elgin National Watch Corp. | 80-8-01248 | Item 720.18 $1.125 each + 16% (clock portion) | Item A544.51 Free of duty pursuant to GSP (all merchandise) | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | New York Electronic mirror-clock; products of beneficiary developing country |
| P83/92 | Boe, J. March 15, 1983 | Bradley Time Div., Elgin National Watch Corp. | 81-5-00482, etc. | Items 715.33, 716.10, 716.12, 716.14, 716.18, 716.28, etc. Various rates (as "watch or clock movements") Item 720.24 or 720.28 Various rates (as "watch cases") | Item 688.36 5.5%, 5.3%, 5.1% or 4.8% (all merchandise) | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | New York Solid state electronic watch modules, solid state electronic watches, and other solid state electronic timing devices |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED — Item No. and Rate | HELD — Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/93 | Boe, J. March 15, 1983 | J.C. Penney Purchasing Corp. | 82-1-00068 | Merchandise classified as watch or clock movements and assessed with duty at various rates under items 720.02 and 720.18 | Item 678.50 5% (merchandise marked "A") Item 685.40 5.1% (merchandise marked "B") | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | San Francisco; Norfolk Solid state timing devices; entirety with article in which incorporated |
| P83/94 | Boe, J. March 15, 1983 | Meyers Mfg. Co. | 81-10-01356, etc. | Item 355.82 15%+12.5¢ per lb. Item 359.20 6.5% | Item 771.43 6% | U.S. v. Elbe Products Corp. (C.A.D. 1267) | New York Synthetic leather |
| P83/95 | Boe, J. March 15, 1983 | North American Foreign Trading Corp. | 80-7-01067 | Item 716.14 75¢ each | Item 688.36 5.5% | U.S. v. Texas Instruments, Inc. No. 81-23 (CCPA 3/25/82) | New York LCD watch modules |
| P83/96 | Boe, J. March 15, 1983 | North American Foreign Trading Corp. | 80-10-01748 | LCD watches classified under item 715.05 with duty assessed on the "movements" under item 716.15 at 75¢ each, and with duty on the cases under item 720.34 at 13.5% | Item 688.36 5.5% | U.S. v. Texas Instruments, Inc. No. 81-23 (CCPA 3/25/82) | New York LCD watches |
| P83/97 | Ford, J. March 17, 1983 | Uniroyal, Inc. | 80-6-00946-S | Item 680.12 5.5% | Item 678.10 or 680.11 Free of duty | Converse Rubber Co. v. U.S. (C.D. 4374), and/or U.S. Customs Headquarters Ruling 066762 JCH, dated 7/7/81 | Hartford (Bridgeport) Shoe machinery molds |
| P83/98 | Watson, J. March 17, 1983 | Camp-Ways, Inc. | 74-12-03391, etc. | Item 389.60 25¢ per lb. + 15% Item 706.24 20% | Item 735.20 10% | Standard Surplus Sales, Inc. v. U.S., Slip Op. 81-5 (CIT 1/13/81) U.S. v. Standard Surplus Sales, Inc. No. 81-13 (CCPA 12/17/81) | Los Angeles Nylon shoulder straps, shoulder pads, and pads, etc. |

| | | | | Item 705.35 15% | Item 785.05 7.5% | Agreed statement of facts | |
|---|---|---|---|---|---|---|---|
| P83/99 | Boe, J., March 21, 1988 | Faifield Glove Co. | 80-9-01437 | | | | Seattle Snowmobile gloves |
| P83/100 | Boe, J., March 21, 1988 | Magnavox Consumer Electronic Co. | 81-3-00341, etc. | Merchandise classified articles with constructively separated clock movements classified under item 720.14 or 720.16 and assessed with duty at various rates (merchandise marked "A") Merchandise classified as combination articles with constructively separated clock movements under items 715.68 and 720.18 and assessed with duty at various rates (merchandise marked "B") | Item 685.24 9.9% or 9.3% (merchandise marked "A") Item 685.40 5.5% or 5.3% (merchandise marked "B") Item 685.19 4.8% (tuner/decks in entry No. 81-324180) Dutiable as entireties on basis of export value or transaction value; said value is equal to sum of appraised values of radio receivers, tape recorders and tuner/decks, and timepiece portions thereof (merchandise marked "A", "B", and tuner/decks in entry No. 81-324180) | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 (merchandise marked "A") Agreed statement of facts (merchandise marked "B" and tuner/decks in entry No. 81-324180) | Los Angeles Solid-state radio receivers (merchandise marked "A"); tape recorders (merchandise marked "B"); tuner/decks (entry No. 81-324180) Entireties with articles in which incorporated |
| P83/101 | Boe, J., March 21, 1988 | Magnavox Consumer Electronic Co. | 81-8-01118, etc. | Merchandise classified as combination articles with constructively separated clock movements classified under item 716.18, 720.02, 720.14 or 720.16 and assessed with duty at various rates | Item 685.24 9.9% or 9.3% Dutiable as entirety on basis of transaction value; said value is equal to sum of appraised values of radio receivers and timepiece portions thereof | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | Los Angeles Solid-state radio receivers; entirety with article in which incorporated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P88/102 | Boe, J. March 24, 1983 | Micro Display Systems, Inc. | 81-12-01690 | Merchandise separately classified under items 716.18, 720.24, 720.28, 740.34, and 740.35 and assessed with duty at various rates | Item 688.36 5.3% (entry No. 137707) and 5.1% (remaining entries) | Judgment on the pleadings | Philadelphia Solid state electronic watches consisting of modules, precious or base metal cases, and imitation leather bands or straps; entireties |
| P88/103 | Ford, J. March 30, 1983 | Gimbel Brothers, Inc. | 82-3-00419 | Item 389.62 15%+25¢ per lb. | Item 706.24 20% | J. E. Mamiye & Sons v. U.S. (C.D. 4878, aff'd 11/19/81) | New York Tote bags |
| P88/104 | Boe, J. March 30, 1983 | A. N. Deringer, Inc. | 74-701809-S, etc. | Item 608.05 0.3¢ per lb. (merchandise marked "A") Item 608.08 9.5% (merchandise marked "B", "C", and "D") | Item 608.02 Free of duty (merchandise marked "A" and "C") Item 608.04 At rate applicable according to date of entry, plus additional duties applicable under item 607.02 (merchandise marked "B" and "D") | John V. Carr & Sons v. U.S. (C.D. 2384) (merchandise marked "A" and "B") F. W. Myers & Co. v. U.S. (C.D. 4872) (merchandise marked "C" and "D") | Champlain-Rouses Point (Ogdensburg). Sponge iron powder (merchandise marked "A", "B", "C", and "D") |
| P88/105 | Boe, J. March 30, 1983 | A. N. Deringer, Inc. | 75-7-01879-S, etc. | Items 608.05 and 608.10 0.3¢ per lb. (merchandise marked "A") Item 608.08 9.5% (merchandise marked "B") | Item 608.02 Free of duty (merchandise marked "A") Item 608.04 31¢ per ton, plus additional duty under item 607.02 of 17.5¢ per lb. on molybdenum content in excess of 0.1% | F. W. Myers & Co. v. U.S. (C. D. 4872); John V. Carr & Sons v. U.S. (C.D. 2384) (merchandise marked "A") F. W. Myers & Co. v. U.S. (C. D. 4872) (merchandise marked "B") | Alexandria Bay (Ogdensburg) Sponge iron powder |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/106 | Boe, J., March 30, 1988 | C. J. Tower & Sons, Inc. | 75-1-00074-S, etc. | Item 608.05 0.3¢ per lb. (merchandise marked "A") Item 608.08 9.5% (merchandise marked "B") | Item 608.02 Free of duty (merchandise marked "A") Item 608.04 31¢ per ton, plus additional duties under item 607.02, as applicable (merchandise marked "B") | John V. Carr & Sons v. U.S. (C.D. 2384); F. W. Myers & Co. v. U.S. (C.D. 4872) (merchandise marked "A"); John V. Carr & Sons v. U.S. (C.D. 2384) (merchandise marked "B") | Buffalo-Niagara Falls (Buffalo) Sponge iron powder (merchandise marked "A" and "B") |
| P83/107 | Boe, J., March 30, 1988 | Swedlow, Inc. | 78-6-00996 | Item 403.80 1.7¢ per lb. + 12.5% | Item 427.60 4% | Agreed statement of facts | Houston Acetone |
| P83/108 | Boe, J., March 31, 1983 | Kombi Ltd. | 81-9-01194 | Item 704.85 32.5% + 25¢ per lb. (merchandise marked "A" and "B") | Item 734.99 10% (merchandise marked "A"); duty free pursuant to GSP (merchandise marked "B") | Agreed statement of facts | New York Glove liners (merchandise marked "A"); glove liners which are products of an eligible beneficiary country (merchandise marked "B") |
| P83/109 | Boe, J., March 31, 1983 | Lady Manhattan Div. | 80-3-00511 | Item 382.00 35% | Item 382.33 16.5% | Agreed statement of facts | New York Ladies blouses |
| P83/110 | Re, C.J. April 1, 1983 | Importers Associates, Inc. | 80-9-01515, etc. | Item 705.85 15% (merchandise marked "A" and "B") | Item A734.99 Free of duty pursuant to GSP (merchandise marked "A") Item 734.99 9% (merchandise marked "B") | Stonewall Trading Co. v. U.S. (C.D. 4023) (merchandise marked "A" and "B") | New York Ski mittens or ski gloves (merchandise marked "A" and "B") |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED — Item No. and Rate | HELD — Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/111 | Boe, J. April 1, 1983 | A & A International, Inc. | 81-5-00487, etc. | Merchandise separately classified under items 716.16, 716.18, 720.16, etc. and assessed with duty at various rates (merchandise marked "A", "B" and "C") | Item 676.20 5% (merchandise marked "A") Item 678.50 4.7% (merchandise marked "B") Item 688.40 or 688.45 5.3% or 5.1% (merchandise marked "C") | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81) aff'd 3/25/82 (merchandise marked "A", "B" and "C") | Boston Solid state timing devices; entirety with article in which incorporated (merchandise marked "A", "B" and "C") |
| P83/112 | Boe, J. April 1, 1983 | Elbe Products Corp. | 80-12-00110, etc. | Item 355.25 15% + 12¢ per lb. Item 355.65 8.5% Item 774.60 8.5% | Item 771.42 6% | U.S. v. Elbe Products Corp. (C.A.D. 1267) | New York Synthetic leather |
| P83/113 | Boe, J. April 1, 1983 | Tropical Customs Brokers, Inc. | 79-4-00582 | Under item 807.00 at rate of duty applicable to items 380.00, 380.12, 380.36, 380.39, 380.84 with allowance given to cost or value of some of the fabric components the product of U.S.; no allowance made for fabric components, the product of U.S., subjected to buttonhole and/or pocket slit operations during assembly of imported garments | Buttonhole and pocket slit components are properly subject to item 807.00 duty allowance | U.S. v. Mast Industries, Inc., No. 81-18 (CCPA 12/30/81) | Miami American goods returned; garments consisting in part of fabric components of U.S. origin subjected to buttonhole and/or pocket slit operations during foreign assembly of imported garments |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P88/114 | Watson, J. April 8, 1983 | All Channel Products | 79-7-01129 | Item 685.90 8.5% | Item 685.20 5% | All Channel Products Corp. v. U.S., Slip Op. 81-8 (CIT 1/16/81) | New York Electrical equipment |
| P88/115 | Watson, J. April 8, 1983 | Bruce Duncan Co. | 73-6-01508, etc. | Item 386.50 15% | Item 735.20 12% | Standard Surplus Sales, Inc. v. U.S. Slip Op. 81-5 (CIT 1/13/81) U.S. v. Standard Surplus Sales, Inc., No. 81-13 (CCPA 12/7/81) | Los Angeles Nyonn shoulder pads and back bands |
| P88/116 | Watson, J. April 8, 1983 | Herbert Schwarz | 73-1-00003 | Item 706.24 24% | Item 735.20 12% | Standard Surplus Sales, Inc. v. U.S. Slip Op. 81-5 (CIT 1/13/81) U.S. v. Standard Surplus Sales, Inc., No. 81-13 (CCPA 12/17/81) | Los Angeles Nylon safety straps |
| P88/117 | Newman, J. April 12, 1983 | New York Merchandise Co. | 79-3-00431 | Item 688.80 13.75% | Item 688.40 5.5% | New York Merchandise Co. v. U.S., Slip Op. 81-24 (CIT 3/12/81) | San Diego Battery operated fountain lights |
| P88/118 | Maletz, S.J. April 12, 1983 | Aurak Hamway International, Inc. | 80-6-00972 | Item 737.95 (radio remote control vehicles and transmitters) 17.5% | Item A737.15 Free of duty pursuant to GSP (radio remote control vehicles) Item A685.60 Free of duty pursuant to GSP (transmitters) | Arthur R. Sawyers v. U.S. (C.D. 3467) Lohzin & Borne v. U.S. (C.D. 4710) | New York Radio remote control vehicles and transmitters |
| P88/119 | Rao, J. April 19, 1988 | North American Foreign Trading Corp. | 79-2-00841 | Item 676.20 5% | Item A676.20 Free of duty pursuant to Ex. Order 11888 of 11/24/75 | Agreed statement of facts | New York Calculators; product of eligible beneficiary country |
| P88/120 | Rao, J. April 19, 1988 | North American Foreign Trading Corp. | 79-2-00344 | Item 688.40 5.5% | Item A688.40 Free of duty pursuant to Ex. Order 11888 of 11/24/75 | Agreed statement of facts | New York Calculator blackjack products of eligible beneficiary country |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/121 | Rao, J. April 20, 1983 | Interamerican Assemblies, Inc. | 79-10-01559 | Under item 807.00 at rate of duty applicable to items 382.04, 382.33, 382.71, 382.78, 382.81, with an allowance given to cost or value of some of the fabric components, the product of U.S.; no allowance made for fabric components, the product of U.S., subjected to buttonhole and/or slit operations during assembly of imported garments | Buttonhole and pocket slit components are properly subject to item 807.00 duty allowance | U.S. v. Mast Industries, No. 81-18 (CCPA 12/30/81) | Miami. American goods returned; garments consisting in part of fabric components of U.S. orgin subjected to buttonhole and/or slit operations during foreign assembly of imported garments |

| | | | | | | |
|---|---|---|---|---|---|---|
| P83/122 | Rao, J. April 20, 1983 | Norstan Ind. International Inc. | 79-12-01790 | Under item 807.00 at rate of duty applicable to items 382.00, 382.04, 382.30, 382.33, 382.81, with an allowance given to cost or value of some of the fabric components, the product of U.S.; no allowance made for fabric components, the product of U.S., subjected to buttonhole and/ or pocket slit operations during assembly of imported garments | Buttonhole and pocket slit components are properly subject to item 807.00 duty allowance | U.S. v. Mast Industries, No. 81-18 (CCPA 12/31/81) | Miami American goods returned; garments consisting in prt of fabric components of U.S. origin subjected to buttonhole and/or pocket slit operations during foreign assembly of imported garments |
| P83/123 | Ford, J. April 20, 1983 | J.E. Mamiye Import Corp. | 77-5-00817, etc. | Item 389.62 15% + 25¢ per lb. | Item 706.24 20% | J.E. Mamiye & Sons v. U.S. (C.D. 4878) | New York Tote bags |
| P83/124 | Rao, J. April 21, 1983 | Cal Custom/Hawk | 80-9-01526 | Item 648.97 11% | Item 660.52 4% | Agreed statement of facts | Los Angeles #40-90 wing nuts and valve cover wing bolts |
| P83/125 | Ford, J. April 21, 1983 | Dae Woo Int'l of America, Inc. | 82-5-00597 | Item 389.62 15%+25¢ per lb. | Item 706.24 20% | J. E. Mamiye & Sons v. U.S. (C.D. 4878, aff'd 11/19/81) | New York Tote bags |
| P83/126 | Rao, J. April 26, 1983 | Arthur J. Humphreys, Inc. | 81-4-00452, etc. | Item 184.75 8% or 7.5% Item 184.85 5.2% or 3% | Item 184.47 Free of duty | Norman G. Jensen, Inc. v. U.S., Slip Op. 81-102 (CIT 11/12/81) | Sumas, Blaine, Lynden (Seattle) Grain screenings pellets |
| P83/127 | Rao, J. April 26, 1983 | George Newman & Co. | 76-10-02273 | Item 359.50 25¢ per lb.+30% | Item 771.42 6% | Agreed statement of facts | Boston Poromeric material consisting of three layers composed of plastic, fabric, and rubber materials bonded or laminated together to form a leather substitute |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/128 | Rao, J. April 28, 1983 | Henry Wedemeyer, Inc. | 78-10-01731 | Item 737.80 22% | Item 774.60 8.5% | Nadel & Sons Toy Corp. v. U.S., Slip Op. 82-56 (CIT 7/15/82 | New York Savings Banks |
| P83/129 | Rao, J. April 28, 1983 | Russ Berrie & Co. | 81-10-01413 | Item 737.40 17.5% | Item A737.40 Free of duty under the GSP | Agreed statement of facts | Miami Toy figures of animate objects, not stuffed, of plush material; products of beneficiary developing country |
| P83/130 | Newman, J. April 28, 1983 | Webco Electronics | 73-1-00175, etc. | Item 685.30 8% or 6.5% | Item 678.50 6% or 5% | Montgomery Ward & Co. v. U.S. (C.D. 4573) | New York Webcor brand AM/FM/MPX stereo radio receivers with 8-track tape players |
| P83/131 | Rao, J. May 3, 1983 | British Steel Corp. | 79-11-01691 | Item 608.46 7% | Item 608.71 0.25¢ per lb. | Agreed statement of facts | Detroit Steel wire rod |
| P83/132 | Boe, J. May 3, 1983 | Sanyo Electric Inc. | 80-7-01144, etc. | Merchandise separately classified under items 715.49, 716.12, 720.14, 720.16, 720.18, etc. and assessed with duty at various rates | Item 676.21 5%, 4.8%, 4.7% or 4.5% (merchandise marked "A") Item 678.50 5%, 4.8%, 4.7% or 4.5% (merchandise marked "B") Item 685.24 10.4%, 9.9%, 9.3% or 8.8% (merchandise marked "D") Item 685.50 7.5%, 6.9% or 6.5% (merchandise marked "E") Item 688.45 5.5%, 5.3%, 5.1% or 4.9% (merchandise marked "F") | Texas Instruments, Inc. v. U.S. Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | New York Solid state timing devices; entirety with article in which incorporated (merchandise marked "A", "B", "D", "E", "F") |

| | | | | | | |
|---|---|---|---|---|---|---|
| P83/133 | Boe, J. May 10, 1983 | General Time Corp. | 78-8-01539 | Items 720.02, 720.14 or 720.18, etc. Various rates | Item 688.36 5.5% | Texas Instruments, Inc. v. U.S. Slip Op. 81-38 (CIT 4/17/81), aff'd 3/25/82 | Atlanta L.E.D. Modules used in solid-stated electronic clocks |
| P83/134 | Ford, J. May 11, 1983 | E. Mishan & Sons | 80-3-000570 | Item 389.62 15%+25¢ per lb. (merchandise marked "A" and "B") | Item 706.60 20% (merchandise marked "A") Item 751.05 20% (merchandise marked "B") | J. E. Mamiye & Sons v. U.S. (C.D. 4878, aff'd, 11/19/81) (merchandise marked "A") Agreed statement of facts (merchandise marked "B") | New York Tote bags (merchandise marked "A"); umbrellas (merchandise marked "B") |
| P83/135 | Ford, J. May 11, 1983 | J. C. Penney Purchasing Corp. | 81-1-00007 | Item 737.95 16.2% | Item A737.15 Free of duty pursuant to GSP | Agreed statement of facts | Savannah RadioControl Radio Cook-In, Catalog No. 920-00-49 |
| P83/136 | Ford, J. May 11, 1983 | Randix Indus. | 80-10-01638, etc. | Item 685.21 10.1% or 10.4% | Item 685.29 6% | Audiovox Corp. v. U.S. Slip Op. 81-11 (CIT 1/27/81) | New York FM converters |
| P83/137 | Ford, J. May 11, 1983 | Special Nutrients, Inc. | 82-7-00964 | Item 184.75 7.5% | Item 470.85 4% | Joseph F. Hendrix a/c Productos Deshidratados de Mexico, S.A. v. U.S. (C.D. 4809) | Miami Marigold extract |
| P83/138 | Boe, J. May 11, 1983 | J. C. Penney Purchasing Corp. | 81-4-00468 | Merchandise separately classified as "watch or clock movements" and assessed with duty at various rates under items 716.31, 716.18, 720.02, 720.16 and 720.18 | Item 678.50 5% or 4% (merchandise marked "SFA" and "NA") Item 684.25 4% (merchandise marked "SFB" and "NB") Item 684.30 4% (merchandise marked "SFC" and "NC") Item 685.20 5% (merchandise marked "SFD") Item 685.40 5.3% (merchandise marked "SFE" and "NE") | Texas Instruments, Inc. v. U.S., Slip Op. 81-31 (CIT 4/17/81), aff'd 3/25/82 | San Francisco, Norfolk Solid state timing devices; entirely with article in which incorporated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/139 | Ford, J. May 17, 1983 | Arriflex Corp. d/o Berkey Photo Corp. | 80-7-0-108 | Item 722.80 Various rates (merchandise marked "A" or "B") | Item 722.32 7.5% (merchandise marked "A") Item 722.04 6% (merchandise marked "B") | Agreed statement of facts | New York Arriflex film magazines |
| P83/140 | Ford, J. May 17, 1983 | John Wind Imports | 80-10-01731, etc. | Item 389.62 25¢ per lb. + 15% Item 386.09 25% | Item 706.24 20% | J.E. Mamiye & Sons v. U.S. (C.D. 4878) | Chicago Tote bags |
| P83/141 | Boe, J. May 17, 1983 | APF Electronics Inc. | 81-11-01553 | Merchandise separately classified under items 720.02, 720.14, etc. and assessed with duty at various rates | Item 676.20 4.8% or 4.7% (merchandise marked "A") Item A676.20 Free of duty pursuant to TSUS General Headnote 3(c) (merchandise marked "B") | Texas Instruments, Inc. v. U.S. (CIT 4/17/81), aff'd 3/ 25/82 | New York Solid state timing devices; entirety with article in which incorporated |
| P83/142 | Boe, J. May 17, 1983 | Sounddesign Corp. Div. of BPM | 82-6-00832 | Merchandise separately classified under items 720.02, 716.18, etc. and assessed with duty at various rates | Item 685.24 9.3% (merchandise marked "A") Item A685.24 Free of duty pursuant to TSUS General Headnote 3(c) (merchandise marked "B") Item 685.50 6.9% (merchandise marked "C") | Texas Instruments, Inc. v. U.S. (CIT 4/17/81), aff'd 3/ 25/82 | New York Solid state timing devices; entirety with article in which incorporated |
| P83/143 | Ford, J. May 23, 1983 | Colonial Printing Ink Co. | 78-11-01979 | Item 406.50 20% | Item 474.26 2% | Agreed statement of facts | New York Ink |

| No. | Judge, Date | Plaintiff | Court No. | Classified | Claimed | Disposition | Location / Merchandise |
|---|---|---|---|---|---|---|---|
| P83/144 | Ford, J. May 26, 1983 | Roger Gimbel Acc., Inc. | 80-5-00760 | Item 740.38 27.5% (Key chains with leather discs) | Item 740.38 27.5% (Key chains) Item 706.50 Free of duty pursuant to GSP (leather discs) | Agreed statement of facts | New York Key chains and leather discs; products of an eligible beneficiary country |
| P83/145 | Watson, J. May 26, 1983 | Canadian General-Tower, Limited | 81-7-00987 | Item 355.65 or 355.85 8.5%, 8% or 7.4% depending on date of entry | Item 771.43 5.8%, 5.6%, 5.3% or 5.1% depending on date of entry | Agreed statement of facts | Buffalo Vinyl wall coverings |
| P83/146 | Ford, J. May 27, 1983 | North American Foreign Trading Corp. | 81-5-00563 | LCD calculators classified under item 676.20 at 4.8%; LCD clocks classified under item 715.15 with duty on the "movements" under item 720.14 at 34¢ each + 14.8% | Item 676.20 4.8% | Agreed statement of facts | New York LCD clock/calculators, model B6931 |
| P83/147 | Boe, J. May 27, 1983 | Korvettes, Inc. | 81-5-00676 | Merchandise classified under item 720.14 and assessed with duty at the rate of $7.5¢ each plus 16% or under item 720.16 and assessed with duty at the rate 75¢ each plus 16% | Item A685.24 Free of duty pursuant to GSP | Texas Instruments, Inc. v. U.S. (1 CIT 236, aff'd 3/25/82) | New York Clock portions of stereo AM/FM LED clock radios |
| P83/148 | Ford, J. June 6, 1983 | British Steel Corp. | 78-7-01330, etc. | Item 608.46 7% | Item 608.71 0.25¢ per lb. | Agreed statement of facts | Chicago Steel wire rod |
| P83/149 | Ford, J. June 6, 1983 | Gould Brown Boveri | 81-5-00612 | Item 688.90 4% | Item 851.60 Free of duty pursuant to 47 F.R. 43991 | Agreed statement of facts | New York Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/150 | Ford, J. June 6, 1983 | Jimlar Corp. | 79-4-00732 | Item 700.60 20%. Dutiable on basis of American selling price at $7.50 per pair less 2%, net, packed | Item 700.70 7.5%. Dutiable on basis of export value at invoiced unit value | Agreed statement of facts | San Juan Ladies footwear |
| P83/151 | Ford, J. June 6, 1983 | Logix Enterprises, Ltd. | 82-5-00650 | Item 688.40 5.5% | Item A676.15 Free of duty pursuant to GSP | Agreed statement of facts | New York Home computers; products of eligible beneficiary country |
| P83/152 | Ford, J. June 6, 1983 | Sanyo Electric Inc. | 82-6-00831 | Merchandise separately classified as watch or clock movements and assessed duty at various rates under items 720.02, 720.14, 720.16, 720.18, etc. | Item 678.50 5%, 4.8%, or 4.7% depending on date of entry (merchandise marked "A") Item 685.24 9.3% (merchandise marked "B") Item 688.40 5.5% (merchandise marked "C") | Texas Instruments Inc. v. U.S. 1CIT 236 (1981) aff'd 3/25/82 | New York Solid state timing devices |
| P83/153 | Boe, J. June 6, 1983 | A & A International Inc. | 81-11-01612-S | Merchandise separately classified as watch or clock movements and assessed with duty at $0.67 each, under item 716.18, and as cases, under item 720.34 at 12.7% | Item 688.36 5.3% | Texas Instruments, Inc. v. U.S. 1CIT 236 (1981) | Los Angeles LCD calendar Solid-state clocks; entireties |

| No. | Judge/Date | Importer | Protest No. | Classification Claimed | Classification Determined | Citation | Location / Merchandise |
|---|---|---|---|---|---|---|---|
| P83/154 | Boe, J. June 6, 1983 | Doherty Barrow of Texas, Inc. | 75-6-01537 | Item 609.03 8.5% (merchandise marked "A") Item 609.13 8% (merchandise marked "B") | Item 642.98 0.02¢ per lb. (merchandise marked "A" and "B") | Doherty-Barrow of Texas, Inc. v. U.S., 3 CIT 228 (1982) | Houston Steel cotton ties in coils, and buckles |
| P83/155 | Boe, J. June 6, 1983 | Doherty Barrow of Texas, Inc. | 75-11-02936 | Item 609.03 8.5% (merchandise marked "A") Item 609.13 8% (merchandise marked "B") | Item 642.93 0.02¢ per lb. | Doherty-Barrow of Texas, Inc. v. U.S. 3 CIT 228 (1982) | Houston Steel cotton ties in coils and buckles |
| P83/156 | Boe, J. June 6, 1983 | Doherty Barrow of Texas, Inc. | 76-6-01356 | Item 609.08 8.5% (merchandise marked "A") | Item 642.93 0.02¢ per lb. | Doherty-Barrow of Texas, Inc. v. U.S. 3 CIT 228 (1982) | Houston Steel cotton ties in coils |
| P83/157 | Boe, J. June 6, 1983 | Interpur—Div. of Dart Industries, Inc. | 81-10-01466 | Merchandise classified under items 715.05, 716.18, 720.24, 720.28, 740.35, 774.55, 720.30 U.S. components classified under item 807.00 Free of duty | Item 688.36 5.1% with an allowance under item 807.00 for U.S. components | Texas Instruments, Inc. v. U.S. (C.A.D. 1244) | Chicago Not stated |
| P83/158 | Boe, J. June 6, 1983 | RCA Corp. | 81-1-00073 | Item 685.40 5.5% Item 720.18 $1.125 each + 16% | Item 685.40 5.5% | Texas Instruments, Inc. v. U.S. 1CIT 236 (1981) aff'd 3/25/82 | Chicago; San Francisco Video cassette recorders which contain clock/timers |
| P83/159 | Re, C.J. June 10, 1983 | Mattel, Inc. | 72-8-01750 | Item 737.90/807.00 24% with allowance for cost of U.S. phonograph records | Item 724.25 7% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/160 | Re, C.J. June 10, 1983 | Mattel, Inc. | 72-11-02423 | Item 737.90/807.00 21% with allowance for cost of U.S. phonograph records | Item 724.25 6% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |
| P83/161 | Re, C.J. June 10, 1983 | Mattel, Inc. | 72-11-02424 | Item 737.90/807.00 21% with allowance for cost of U.S. phonograph records | Item 724.25 6% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |
| P83/162 | Re, C.J. June 10, 1983 | Mattel, Inc. | 72-11-02425 | Item 737.90/807.00 24% with allowance for cost of U.S. phonograph records | Item 724.25 7% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |

| P83/163 | Re, C.J. June 10, 1983 | Mattel, Inc. | 72-11-02426 | Item 737.90/807.00 24% with allowance for cost of U.S. phonograph records | Item 724.25/807.00 7% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |
|---|---|---|---|---|---|---|---|
| P83/164 | Re, C.J. June 10, 1983 | Mattel, Inc. | 73-4-01093 | Item 737.90 21% without allowance under item 807.00 | Item 724.25/807.00 6% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |
| P83/165 | Re, C.J. June 10, 1983 | Mattel, Inc. | 73-4-01096 | Item 737.90/807.00 21% with allowance for cost of U.S. phonograph records | Item 724.25/807.00 6% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/166 | Re, C.J. June 10, 1983 | Mattel, Inc. | 73-4-01098 | Item 737.90/807.00 21% with allowance for cost of U.S. phonograph records | Item 724.25/807.00 6% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |
| P83/167 | Re, C.J. June 10, 1983 | Mattel, Inc. | 73-7-01663 | Item 737.90/807.00 24% with allowance for cost of U.S. phonograph records | Item 724.25/807.00 7% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |
| P83/168 | Re, C.J. June 10, 1983 | Mattel, Inc. | 73-9-02732 | Item 737.90/807.00 21% with allowance for cost of U.S. phonograph records | Item 724.25/807.00 6% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/169 | Re, C.J. June 10, 1983 | Mattel, Inc. | 74-4-01081 | Item 737.90/807.00 21% with allowance for cost of U.S. phonograph records | Item 724.25/807.00 6% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |
| P83/170 | Re, C.J. June 10, 1983 | Mattel, Inc. | 74-4-01032 | Item 737.90 17.5% Item 774.60 8.5% Item 750.25 19% Item 770.40 6% Without allowance unter item 807.00 | Item 807.00 and 737.90, 774.60, 750.25, 770.40, 17.5%, 8.5%, 19%, 6% with cost or value of U.S. fabricated components deducted from full appraised value of imported articles into which they were assembled | Mattel, Inc. v. U.S. (C.A.D. 1248) | Los Angeles American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |
| P83/171 | Re, C.J. June 10, 1983 | Mattel, Inc. | 74-11-08192 | Item 737.90 17.5% without allowance under item 870.00 | Item 724.25/807.00 5% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles American goods returned; U.S. fabricated components invoiced as rubber bands, etc., assembled abroad into articles |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED<br>Item No. and Rate | HELD<br>Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/172 | Re, C.J.<br>June 10, 1983 | Mattel, Inc. | 75-5-01233 | Item 737.90<br>17.5% without allowance for cost or value of U.S. phonograph records | Item 724.25/807.00<br>5% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles<br>American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |
| P83/173 | Re, C.J.<br>June 10, 1983 | Mattel, Inc. | 75-10-02627 | Item 737.90<br>17.5% without allowance for cost or value of U.S. phonograph records | Item 724.25/807.00<br>5% upon full value of imported articles including dutiable costs attributable to assembly and packaging less cost or value of U.S. phonograph records | Mattel, Inc. v. U.S. (C.D. 4805) and Mattel, Inc. v. U.S.; U.S. v. Mattel, Inc. (C.A.D. 1248) | Los Angeles<br>American goods returned; articles assembled abroad in part of U.S. fabricated components; phonograph records |
| P83/174 | Ford, J.<br>June 10, 1983 | Cost Plus | 79-2-00185 | Item 386.09<br>25¢ per lb. + 15% | Item 706.24<br>20% | U.S. v. J.E. Mamiye and Sons No. 81-6 11/19/81 | San Francisco<br>Handbags |
| P83/175 | Ford, J.<br>June 10, 1983 | RCA Corp. | 81-9-01149 | Item 685.40<br>5.5% or 5.3% (video cassette recorder)<br>Item 720.18<br>$1.125 each + 16% (digital clock/timer) | Item 685.40<br>5.5% or 5.3% | Texas Instruments, Inc. v. U.S. 1CIT 236 (1981) aff'd 3/ 25/82 | Los Angeles<br>Video cassette recorders which contain digital clock timers; entireties |
| P83/176 | Ford, J.<br>June 10, 1983 | Royal Cathay Trading | 81-9-01325 | Item 386.09<br>25¢ per lb. + 15% | Item 706.24<br>20% | U.S. v. J.E. Mamiye and Sons No. 81-6 11/19/81 | San Francisco<br>Handbags |

| P83/177 | Ford, J. June 10, 1983 | White Swan Uniforms, Inc. | 80-12-00091, etc. | Items 382.04, 382.78 of 382.81 without allowance under item 807.00 | Item 807.00 and 382.04, 382.78 or 382.81 Various rates with cost or value of components deducted by Customs Service on liquidation and less cost or value (as set forth on "Constructed Value Statements" and print-out of "tucked" fabric values of "tucked" and/or "buttonholed" textile fabric panels of imported garments | White Swan Uniforms, Inc. v. U.S. Abs. P82/187 (1982) | Miami Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/178 | Watson, J. June 10, 1983 | Standard Surplus Sales, Inc. | 71-8-00961, etc. | Item 389.60 or 389.62 25¢ per lb. + 24%, 21%, 18% or 15% (merchandise described as nylon shoulder straps, shoulder pads, back bands, straps, bands, and pads) Item 386.50 18.5%, 17.5%, 16%, 15% or 14% Item 376.56 16.5% (merchandise described as cotton shoulder straps, shoulderpands, back bands, straps, and bands) | Item 735.20 18%, 16%, 14%, 12%, or 10% | Standard Surplus Sales, Inc. v. U.S. 1CIT 119 (1981) and U.S. v. Standard Surplus Sales, Inc. 69 CCPA—(1981) | Los Angeles Nylon shoulder straps, etc. |
| P83/179 | Boe, J. June 10, 1983 | Interpur-Div. of Dart Industries, Inc | 82-5-00738 | Merchandise separately classified under items 715.05, 716.18, 720.24, etc. and assessed with duty at various rates with allowance for cost of U.S. components under item 807.00 | Item 688.36/807.00 5.1% upon full value of imported articles less cost or value of U.S. components | Texas Instruments, Inc. v. U.S. (C.A.D. 1244) and U.S. v. Texas Instruments Inc. No. 82-23 (1982) | Chicago American goods returned; articles assembled abroad in part of U.S. fabricated components; electronic watches |
| P83/180 | Boe, J. June 14, 1983 | Integrated Circuits Packaging | 81-10-01365 | Item 720.14 33.6¢ each plus 16% | Item 688.36 5.5% | U.S. v. Texas Instruments, Inc., No. 81-23 (CCPA 3/25/82) | San Francisco Timing modules |

| | | | | | | |
|---|---|---|---|---|---|---|
| P83/181 | Boe, J. June 14, 1983 | J.C. Penney Purchasing Corp. | 81-10-01471 | Merchandise separately classified under items 716.18, 720.02, 720.16 and 720.18 and assessed with duty at various rates (merchandise marked "A" "B", "C" or "D") | Item 678.50 4.7% (merchandise marked "A") Item 684.30 4% (merchandise marked "B") Item 685.40 5.3% (merchandise marked "C") Item A688.45 Free of duty pursuant to GSP (merchandise marked "D") | Texas Instruments, Inc. v. U.S. 1CIT 236 (1981), aff'd 3/25/82 | San Francisco. Solid state timing devices; entirety with article in which incorporated (merchandise marked "A", "B", "C", or "D") |
| P83/182 | Boe, J June 14, 1983 | J.C. Penney Purchasing Corp. | 81-11-01579 | Merchandise separately classified under items 716.18, 720.02, and 720.18 and assessed with duty at various rates (merchandise marked "A" and "B") | Item 685.40 5.3% (merchandise marked "A") Item 688.45 Free of duty pursuant to GSP (merchandise marked "B") | Texas Instruments, Inc. v. U.S. 1CIT 236 (1981), aff'd 3/25/82 | San Francisco. Solid state timing devices; entirety with article in which incorporated (merchandise marked "A" and "B") |
| P83/183 | Ford, J. June 21, 1983 | Fancy Industries, Inc. | 82-4-00455 | Item 389.62 15%+25¢ per lb. | Item 706.24 20¢ | J.E. Mamiye & Sons v. U.S. (C.D. 4878) aff'd | San Juan Tote bags |
| P83/184 | Ford, J. June 21, 1983 | Uni-King of Hawaii | 78-122-02088, etc. | Item 389.60 25¢ per lb.+15% | Item 706.24 20% | U.S. v. J.E. Mamiye & Sons, No. 81-6 11/19/81 | Honolulu Handbags |
| P83/185 | Landis, June 21, 1983 | Corning Glass Works | 81-10-01434 | Item 425.04 6% | Item 437.76 Free of duty | Agreed statement of facts | New York Fractions of human blood |
| P83/186 | Landis, J. June 21, 1983 | Electrohome Ltd. | 82-4-00586 | Items 722.40, 722.70, 722.50, etc. Various rates | Item 685.19 5%, 4.8%, or 4.7% | Agreed statement of facts | Buffalo Projection monitors together with their desk stands, pedestal bases, screens, interface modules and harnesses |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/187 | Landis, J. June 22, 1983 | Gund, Inc. | 81-6-00703 | Items 737.95 17.5% without allowance under item 807.00 | Items 737.95/807.00 17.5% upon full value of imported articles, less cost or value of U.S. components | Agreed statement of facts | Miami American goods returned; toy animal skins assembled abroad in whole or in part of U.S. fabricated components |
| P83/188 | Landis, J. June 22, 1983 | North American Foreign Trading Corp. | 81-8-01111 | Items 716.18/806.20 13.4% upon value of repairs | Items 688.36/806.20 5.3% upon value of repairs | Executive Order 12371 | New York American goods returned; watch modules |
| P83/189 | Newman, J. June 22, 1983 | Rank Precision Industries, Inc. | 76-6-01525 | Item 708.28 15% or 12.5% | Item 685.10 6% | Rank Precision Industries, Inc. v. U.S. (C.A.D. 1269) | New York Varotal assemblies |
| P83/190 | Boe, J. June 22, 1983 | A & A International Inc. | 81-12-01762, etc. | Merchandise separately classified as watch or clock movements classified under items 716.18, 720.18, 720.14, 710.16, etc. and assessed with duty at various rates | Item 676.20 5%, 4.8%, or 4.7% (merchandise marked "A") Item 678.50 4.7% (merchandise marked "B") Item 688.40 5.5% (merchandise marked "C") Item 688.45 5.3% or 5.1% (merchandise marked "C") | Texas Instruments, Inc. v. U.S. 1 CIT 236, aff'd 3/25/82 | Portland Solid state timing devices; entirety with article in which incorporated (merchandise marked "A", "B", or "C") |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P83/191 | Boe, J. June 22, 1988 | Magnovox Consumer Electronic Co. | 81-7-00831 | Merchandise classified as combination articles with constructively separated clock movements classified under items 716.18 or 720.14 and assessed with duty at various rates | Item Item 685.24 9.9% Dutiable upon basis of export value of transaction value; said value equal to sum of appraised values of radio receivers and timepiece portions thereof | Texas Instruments, Inc. v. U.S. 1 CIT 236, aff'd 3/25/82 | Los Angeles Solid state timing devices; entirety with article in which incorporated. |
| P83/192 | Boe, J. June 23, 1988 | Dynamic Ocean Services Int'l Inc. | 76-1-00093 | Item 609.03 8.5% | Item 642.93 0.02¢ per lb. | Doherty-Barrow of Texas, Inc. v. U.S., Slip Op. 82-47 | Houston Steel cotton ties, in coils |
| P83/193 | Boe, J. June 23, 1988 | Magnavox Consumer Electronic Co. | 81-8-00295 | Merchandise classified as combination articles with constructively separated clock movements classified under item 720.14 (merchandise marked "A") and item 720.18 (merchandise marked "B") and assessed with duty at various rates | Item 685.24 9.9% (merchandise marked "A") Item 685.40 5.5% (merchandise marked "B") Dutiable upon basis of export value; said value equal to sum of appraised values of radio receivers, tape recorders, and timepiece portions | Texas Instruments, Inc. v. U.S. 1 CIT 236, aff'd 3/25/82 | Chicago Solid state timing devices; entirety with article in which incorporated (merchandise marked "A" and "B") |
| P83/194 | Landis, J. June 27, 1988 | F. W. Myers & Co. | 75-12-03254 | Item 608.05 0.3¢ per lb. | Item 608.02 Free of duty | F. W. Myers & Co. v. U.S. (C.D.'s 4635 and 4872) | Champlain-Rouses Point (Ogdensburg) Sponge iron powders |
| P83/195 | Landis, J. June 29, 1988 | SPD Precision, Inc. | 82-1-00050 | Not stated | Item 688.36 5.3% and 5.1% | Judgment on the pleadings Executive Order 12371 | New York Solid state electronic digital timepieces |
| P83/196 | Landis, J. June 29, 1988 | Pulsar Time, Inc. | 82-2-00168 | Not stated | Item 688.36 5.3% and 5.1% | Judgment on the pleadings Executive Order 12371 | New York Solid state electronic digital timepieces |
| P83/197 | Landis, J. June 29, 1988 | Pulsar Time, Inc. | 82-2-00198 | Not stated | Item 688.36 5.3% and 5.1% | Judgment on the pleadings Executive Order 12371 | New York Solid state electronic digital timepieces |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | ASSESSED Item No. and Rate | HELD Item No. and Rate | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| P83/198 | Landis, J. June 29, 1983 | Pulsar Time, Inc. | 82-4-00440 | Not stated | Item 688.36 5.3% and 5.1% | Judgment on the pleadings Executive Order 12371 | New York Solid state electronic digital timepieces |
| P83/199 | Landis, J. June 29, 1983 | Pulsar Time, Inc. | 82-10-01439 | Not stated | Item 688.36 5.3% and 5.1% | Judgment on the pleadings Executive Order 12371 | New York Solid state electronic digital timepieces |
| P83/200 | Watson, J. June 29, 1983 | Horne & Ross Sales, Inc. dba Horne Sales, Inc. | 71-9-01129, etc. | Item 389.60 or 706.24 25¢ per lb. + 24%, 21%, 18%, or 15% | Item 735.20 16%, 14%, 12% or 10% | Standard Surplus Sales, Inc. v. U.S. 1 CIT 119 (1981) and U.S. v. Standard Surplus Sales, Inc. No. 81-13 | Los Angeles Nylon shoulder straps, etc. |

# ABSTRACTS OF COURT OF INTERNATIONAL TRADE DECISIONS

## Reappraisements

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/1 | Re, C.J. January 4, 1983 | Gitkin Co. | 74-4-00974, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Not stated |
| R83/2 | Re, C.J. January 4, 1983 | James A. Cole Co. | 78-6-01492, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Not stated |
| R83/3 | Re, C.J. January 4, 1983 | Joseph Markovits, Inc. | 78-7-01870, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Not stated |
| R83/4 | Re, C.J. January 4, 1983 | Joseph Markovits, Inc. | 75-2-00479, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Not stated |
| R83/5 | Re, C.J. January 4, 1983 | Mitsui & Co. (USA) | 78-6-01470, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4789) | New York Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R88/6 | Re, C.J. January 4, 1983 | Mitsui & Co. (USA) | 74-11-08175 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Portland, Oreg. Not stated |
| R88/7 | Re, C.J. January 4, 1983 | Nichimen Co. | 73-11-03256 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Dallas; Galveston; New Orleans; Los Angeles; San Francisco; Mobile; Baltimore; Jacksonville (Tampa); Savannah; Houston; Seattle Not stated |
| R88/8 | Re, C.J. January 4, 1983 | Nichimen Co. | 75-1-00326 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Portland, Oreg. Not stated |
| R88/9 | Watson, J. January 4, 1983 | National Silver Co. | 74-1-00045 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Miami Porcelainware |
| R88/10 | Watson, J. January 4, 1983 | National Silver Co. | 74-1-00261 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Porcelainware |
| R88/11 | Watson, J. January 4, 1983 | National Silver Co. | 75-8-02172, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Porcelainware |
| R88/12 | Watson, J. January 4, 1983 | National Silver Co. | 76-10-02293, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Stoneware, porcelainware, stainless steel flatware and vacuum containers |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/13 | Watson, J. January 4, 1983 | National Silver Co. | 76-11-02460, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Stainless steel flatware, porcelainware, stoneware, etc. |
| R83/14 | Watson, J. January 4, 1983 | Rugby International Corp. | R64/15129, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs, tube mats, etc. |
| R83/15 | Watson, J. January 4, 1983 | Rugby International Corp. | R65/12931, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | Baltimore Rugs, tube mats, etc. |
| R83/16 | Watson, J. January 5, 1983 | Empire Findings Co. | R61/16416, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Thermometers |
| R83/17 | Watson, J. January 5, 1983 | Lipmans Imports, Inc. | 270304-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Pipe fittings |
| R83/18 | Watson, J. January 5, 1983 | Marubeni Iida (America), Inc. | R59/16825, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Fabrics |
| R83/19 | Watson, J. January 5, 1983 | Providence Import Co. | R62/4322, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Baltimore Oval tube rugs and rice straw mats |
| R83/20 | Watson, J. January 5, 1983 | Providence Import Co. | R65/15820, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | San Francisco Tube mats |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/21 | Watson, J. January 5, 1983 | Rugby International Corp. | R66/7089, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Tube mats |
| R83/22 | Watson, J. Jan. 6, 1983 | Imperial International Corp. | R61/6216, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Stainless steel flatware |
| R83/23 | Watson, J. Jan. 6, 1983 | Imperial International Corp. | R61/6218, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised value | Agreed statement of facts | New York Stainless steel flatware |
| R83/24 | Watson, J. Jan. 6, 1983 | Jake Levin & Son, Inc. | R62/6634, etc. | Export value | F.o.b. unit invoice prices indicated in entry documents as actual or agreed prices (less appraised values of cases) plus 20% of difference between f.o.b. unit invoice prices and appraised values, net packed | Agreed statement of facts | Kansas City (St. Louis) Binoculars |
| R83/25 | Watson, J. Jan. 6, 1983 | Shalom Baby Wear Inc. | R62/6246 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Articles of damask-table-cotton |
| R83/26 | Watson, J. Jan. 6, 1983 | Shalom & Co. | 272/799-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Articles of damask-table-cotton, and cotton shirts |
| R83/27 | Watson, J. Jan. 6, 1983 | Shalom & Co. | R59/5361, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Articles of damask-table-cotton |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/28 | Watson, J. Jan. 6, 1983 | Shalom & Co. | R64/18817, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Articles of damask-table-cotton |
| R83/29 | Watson, J. Jan. 6, 1983 | Siber Hegner Co. | 239190-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Scarves |
| R83/30 | Re, C.J. Jan. 7, 1983 | Mitsui & Co. (USA) | 74-8-02177 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Wilmington, N.C.; San Francisco; Philadelphia; New Orleans; New York; Detroit; Cleveland; Portland, Oreg.; Boston; Mobile; Jacksonville (Tampa) Not stated |
| R83/31 | Re, C.J. Jan. 7, 1983 | Mitsui & Co. (USA) | 75-7-01769, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Juan Not stated |
| R83/32 | Re, C.J. Jan. 7, 1983 | Mitsui & Co. (USA) | 75-11-02893 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Baltimore Not stated |
| R83/33 | Re, C.J. Jan. 7, 1983 | Nichimen Co. | 75-6-01453, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/34 | Watson, J. Jan. 7, 1983 | Brother International Corp. | R65/10569, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values (items shown on schedule A) Appraised unit values less 7.5% thereof, net packed (items shown on schedule B) | Agreed statement of facts | Longview (Portland, Oreg.) Sewing machines w/motor, etc. (items shown on schedule A attached to decision and judgment) Wood consoles (items shown on schedule B) |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/35 | Watson, J. Jan. 7, 1983 | National Silver Co. | 73-10-02886, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Stainless steel flatware |
| R83/36 | Watson, J. Jan. 7, 1983 | Regal Accessories, Inc. | 273446-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Silk scarves |
| R83/37 | Watson, J. Jan. 7, 1983 | Rohner Gehrig & Co. | 242601-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Rayon scarves |
| R83/38 | Watson, J. Jan. 7, 1983 | S.H. Kress & Co. | R59/12466, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Handkerchiefs and Xmas tree lights |
| R83/39 | Watson, J. Jan. 7, 1983 | Shalom & Co. | 289266-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Articles of damask-table-cotton, and cotton shirts |
| R83/40 | Watson, J. Jan. 7, 1983 | Shalom & Co. | R59/4518, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/41 | Re, C.J. Jan. 11, 1983 | Amcrest Corp. | 73-11-03053 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/42 | Re, C.J. Jan. 11, 1983 | Amcrest Corp. | 75-8-02052 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R88/43 | Re, C.J. Jan. 11, 1983 | Anchor Sales Corp. | 74-6-01441 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R88/44 | Re, C.J. Jan. 11, 1983 | Associated Merchandising Corp. | 76-5-01115, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R88/45 | Re, C.J. Jan. 11, 1983 | Associated Merchandising Corp. | 77-11-04636 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R88/46 | Re, C.J. Jan. 11, 1983 | Associated Merchandising Corp. | 78-9-01618, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R88/47 | Re, C.J. Jan. 11, 1983 | Ceil Robbins, Inc. | 74-2-00389 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R88/48 | Re, C.J. Jan. 11, 1983 | Chori America, Inc. | 74-6-01478 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles; New York Not stated |
| R88/49 | Re, C.J. Jan. 11, 1983 | Chori America, Inc. | 74-11-03257 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles; New York Not stated |
| R88/50 | Re, C.J. Jan. 11, 1983 | Chori America, Inc. | 77-11-04725 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R88/51 | Re, C.J. Jan. 11, 1983 | James A. Cole Co. | 76-8-01766 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/52 | Re, C.J. Jan. 11, 1983 | M. Adler's Son, Inc. | 73-5-01185, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/53 | Re, C.J. Jan. 11, 1983 | Men's Wear International, Inc. | 76-5-01224 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/54 | Re, C.J. Jan. 11, 1983 | Mitsui & Co. (USA) | 73-2-00391 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation $24,703 (entry No. 143761) | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco; Seattle; Detroit; Norfolk; New York; Savannah; Philadelphia Not stated |
| R83/55 | Re, C.J. Jan. 11, 1983 | Mitsui & Co. (USA) | 73-7-01868, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/56 | Re, C.J. Jan. 11, 1983 | Mitsui & Co. (USA) | 74-10-02807 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Baltimore; New York; Mobile; Philadelphia; Chicago; Los Angeles; Charleston Not stated |
| R83/57 | Re, C.J. Jan. 11, 1983 | Mitsui & Co. (USA) | 74-11-03056 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New Orleans Not stated |
| R83/58 | Re, C.J. Jan. 11, 1983 | Mitsui & Co. (USA) | 74-11-03116 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco; Philadelphia Not stated |
| R83/59 | Re, C.J. Jan. 11, 1983 | Mitsui & Co. (USA) | 74-11-03212 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Los Angeles Not stated |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/60 | Re, C.J. Jan. 11, 1983 | Mitsui & Co. (USA) | 75-8-01946 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/61 | Re, C.J. Jan. 11, 1983 | Mitsui & Co. (USA) | 76-5-01083, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Portland, Oreg. Not stated |
| R83/62 | Re, C.J. Jan. 11, 1983 | Mitsui & Co. (USA) | 76-5-01144, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/63 | Re, C.J. Jan. 11, 1983 | Mitsui & Co. (USA) | 76-7-01568, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/64 | Re, C.J. Jan. 11, 1983 | Nancy Sales Co. | 74-10-02812 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Boston Not stated |
| R83/65 | Watson, J. Jan. 11, 1983 | Lipmans Imports, Inc. | 241360-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Pipe fittings |
| R83/66 | Watson, J. Jan. 11, 1983 | Topp Electronics, Inc. | 79-5-00796 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth on schedule of protests attached to decision and judgment | Agreed statement of facts | Miami Not stated |
| R83/67 | Re, C.J. Jan. 12, 1983 | National Silver Co. | 73-5-01181, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Seattle; New York; Detroit; Boston Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/68 | Re, C.J. Jan. 12, 1983 | National Silver Co. | 76-10-02296 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New Bedford (Boston) Not stated |
| R83/69 | Re, C.J. Jan. 12, 1983 | National Silver Co. | 76-12-02666 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New Bedford (Boston) Not stated |
| R83/70 | Re, C.J. Jan. 12, 1983 | Nichimen Co. | 74-11-03118 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Galveston; Los Angeles; New York; Boston; Tampa; San Francisco; Jacksonville (Tampa); Savannah; Chicago; Philadelphia; Longview (Portland, Oreg.); Charleston; Tacoma (Seattle); New Orleans Not stated |
| R83/71 | Re, C.J. Jan. 12, 1983 | Nichimen Co. | 74-12-03412 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Dallas; New Orleans; Chicago; San Francisco; Los Angeles; New York; Portland, Oreg.; Jacksonville (Tampa); Mobile Not stated |
| R83/72 | Re, C.J. Jan. 12, 1983 | Nichimen Co. | 75-8-01988 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/73 | Re, C.J. Jan. 12, 1983 | Nichimen Co. | 75-10-02520 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Juan Not stated |

| | | | | | | |
|---|---|---|---|---|---|---|
| R83/74 | Re, C.J. Jan. 12, 1983 | Nichimen Co. | 75-10-02531, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New Orleans Not stated |
| R83/75 | Re, C.J. Jan. 12, 1983 | Nichimen Co. | 76-12-02884, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/76 | Re, C.J. Jan. 12, 1983 | Nichimen Co. | 78-2-00235 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/77 | Re, C.J. Jan. 12, 1983 | Nichimen Co. | 78-6-01186 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco; Chicago Not stated |
| R83/78 | Watson, J. Jan. 12, 1983 | Jemsa Plastics Corp. | R63/575, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios together with their accessories and parts; entirety |
| R83/79 | Watson, J. Jan. 12, 1983 | Samuel Brilliant Co. | 81-4-00457 | Export value | Invoiced unit value, net, packed, per pair | Agreed statement of facts | Boston Rubber footwear (style No. MU753) |
| R83/80 | Watson, J. Jan. 12, 1983 | Topp Electronics, Inc. | 79-5-00746 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth on schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles Not stated |
| R83/81 | Re, C.J. January 18, 1983 | Joseph Markovits, Inc. | 73-12-03510 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; New Orleans Not stated |
| R83/82 | Newman, J. January 18, 1983 | Inter Pacific Corp. | 81-7-00842 | Export value | Invoice unit price net packed | Agreed statement of facts | Los Angeles Footwear |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/83 | Newman, J. January 13, 1983 | Topp Electronics, Inc. | 79-5-00873 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth on schedule of protests attached to decision and judgment | Agreed statement of facts | New York; Los Angeles Not stated |
| R83/84 | Newman, J. January 13, 1983 | Topp Electronics, Inc. | 79-12-01809 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth on schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles Not stated |
| R83/85 | Newman, J. January 13, 1983 | Topp Electronics, Inc. | 79-12-02028 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth on schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles; San Francisco; Charleston; Miami Not stated |
| R83/86 | Newman, J. January 13, 1983 | Topp Electronics, Inc. | 80-8-01335 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth on schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles; New York Not stated |
| R83/87 | Watson, J. January 13, 1983 | M. G. Maher Co. | R65/22375 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Orleans Tube mats |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/88 | Watson, J. January 13, 1983 | Providence Import Co. | 276726-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Wool hooked rugs, etc. |
| R83/89 | Watson, J. January 13, 1983 | Providence Import Co. | R61/10069 | Export value | Appraised values less 7.5% thereof | | New Orleans Wool hooked rugs |
| R83/90 | Watson, J. January 13, 1983 | Rugby International Corp. | R64/14507, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Houston Tube mats |
| R83/91 | Watson, J. January 13, 1983 | Rugby International Corp. | R64/20027, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Philadelphia Tube mats, etc. |
| R83/92 | Watson, J. January 13, 1983 | Rugby International Corp. | R65/6977, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Norfolk Tube mats |
| R83/93 | Watson, J. January 13, 1983 | Toyo Rug Co. | R60/18959 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Philadelphia Wool and hooked rugs |
| R83/94 | Watson, J. January 13, 1983 | W. R. Zanes & Co. | R60/17182 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Orleans Wool tube rugs |
| R83/95 | Re, C.J. January 17, 1983 | Impecco Ltd. | 77-7-01904 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/96 | Re, C.J. January 17, 1983 | Metasco, Inc. | 5-12-08160, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/97 | Re, C.J. January 17, 1983 | Metasco, Inc. | 76-9-02203, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/98 | Re, C.J. January 17, 1983 | Sportswear International Ltd. | 76-12-02762, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/99 | Re, C.J. January 17, 1983 | YKK Zipper (Mo), Inc. | 75-2-00466, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| P83/100 | Re, C.J. January 21, 1983 | Zayre Corp. | 74-1-00124, etc. | Export value | Appraised values, less amounts added for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/101 | Re, C.J. January 21, 1983 | Zayre Corp. | 75-1-00009 | Export value | Appraised values, less amounts added for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles; New York; Boston Not stated |
| R83/102 | Newman, J. January 21, 1983 | Topp Electronics, Inc. | 79-6-01003 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth in the schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles; Miami Not stated |
| R83/103 | Watson, J. January 24, 1983 | Rugby International Corp. | R64/15297, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Boston Tube mats, etc. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/104 | Watson, J. January 24, 1983 | Rugby Rug Mills Inc. | R58/7757, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York; Wool tube mats, wool hooked rugs, etc. |
| R83/105 | Watson, J. January 24, 1983 | Rugby Rug Mills Inc. | R59/11898, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York; Wool tube mats |
| R83/106 | Watson, J. January 24, 1983 | Starlight Trading, Inc. | 274790-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York; Cotton wearing apparel |
| R83/107 | Watson, J. January 24, 1983 | Starlight Trading, Inc. | R58/24619, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York; Cotton wearing apparel |
| R83/108 | Watson, J. January 24, 1983 | Starlight Trading, Inc. | R59/9131, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York; Cotton articles |
| R83/109 | Re, C.J. January 25, 1988 | Joseph Markovits, Inc. | 73-5-01245 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Mobile; New Orleans; San Francisco; Not stated |
| R83/110 | Re, C.J. January 25, 1988 | Marubeni America Corp. | 73-7-02056, etc. | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance, without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Not stated |
| R83/111 | Re, C.J. January 25, 1988 | Mitsui & Co. (USA) | 74-1-00043 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Boston; Oakland (San Francisco); Philadelphia; Los Angeles; New York; Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R88/112 | Re, C.J. January 25, 1983 | Mitsui & Co. (USA) | 74-5-01249 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Portland, Oreg.; Baltimore; New York; Mobile; Philadelphia; San Francisco; Seattle; Cleveland; Charleston Not stated |
| R88/113 | Re, C.J. January 25, 1983 | Mitsui & Co. (USA) | 74-9-02443 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Cleveland; New York; Philadelphia; Charleston; Los Angeles; New Orleans; Baltimore; San Francisco; Boston; Tampa; Norfolk; Chicago Not stated |
| R88/114 | Re, C.J. January 25, 1983 | Mitsui & Co. (USA) | 74-11-03214 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Chicago Not stated |
| R88/115 | Re, C.J. January 25, 1983 | Mitsui & Co. (USA) | 75-4-00886 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco; New York; Newark (New York); Los Angeles; Charleston; Tampa; Chicago; New Orleans; Boston; Philadelphia; Savannah Not stated |
| R88/116 | Re, C.J. January 25, 1983 | Royal London Ltd. | 74-1-00042, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R88/117 | Re, C.J. January 25, 1983 | Zayre Corp. | 75-1-00067 | Export value | Appraised values, less amounts added for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Los Angeles; Boston Not stated |
| R88/118 | Re, C.J. January 25, 1983 | Zayre Corp. | 76-7-01747 | Export value | Appraised values, less amounts added for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Not stated |

| | | | | | Appraised values | C.B.S. Imports Corp. v. U.S. | Location / Merchandise |
|---|---|---|---|---|---|---|---|
| R88/119 | Re, C.J. January 27, 1983 | Mitsui & Co. (USA) | 75-7-01685 | Export value | Appraised values shown on entry papers less additions included to reflect currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York / Not stated |
| R88/120 | Watson, J. January 28, 1983 | Providence Import Co. | 252359-A, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York / Wool hooked rugs, etc. |
| R88/121 | Watson, J. January 28, 1983 | Starlight Trading, Inc. | R58/585, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York / Cotton wearing apparel, etc. |
| R88/122 | Watson, J. January 28, 1983 | Starlight Trading, Inc. | R58/18526, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York / Cotton wearing apparel, etc. |
| R88/123 | Watson, J. January 28, 1983 | Starlight Trading, Inc. | R61/7469, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York / Cotton articles |
| R88/124 | Watson, J. January 28, 1983 | W. J. Byrnes | R59/7098, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | Los Angeles / Cotton yarn rugs, wool rugs, etc. |
| R88/125 | Watson, J. January 28, 1983 | W. R. Zanes & Co. | R60/5692 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Houston / Wool rugs |
| R88/126 | Newman, J. January 28, 1983 | Topp Electronics Inc. | 79-1-00152-S | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth in schedule of protests attached to decision and judgment | Agreed statement of facts | Seattle / Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R88/127 | Watson, J. January 31, 1983 | Hayim & Co. | 241325-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs and mats |
| R88/128 | Watson, J. January 31, 1983 | Hayim & Co. | 246705-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Seattle Wool hooked rugs, wool and cotton tubular mats |
| R88/129 | Watson, J. January 31, 1983 | Hayim & Co. | 247033-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Baltimore Wool hooked rugs, wool and cotton mats |
| R88/130 | Watson, J. January 31, 1983 | Providence Import Co. | 252935-A, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Wool and cotton hooked rugs, etc. |
| R88/131 | Watson, J. January 31, 1983 | Rugby International Corp. | R67/19288, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Charleston Tube mats |
| R88/132 | Watson, J. January 31, 1983 | Rugby Rug Mills, Inc. | R58/25187, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Baltimore Wool tube mats |
| R88/133 | Watson, J. January 31, 1983 | W. J. Byrnes | R59/14713, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Wool tube rugs |

351

| No. | Judge / Date | Importer | Reappraisement No. | Basis | Method | Procedure | Location / Merchandise |
|---|---|---|---|---|---|---|---|
| R88/134 | Watson, J. February 1, 1983 | Hayim & Co. | 250824-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Not stated |
| R88/135 | Watson, J. February 1, 1983 | Hayim & Co. | R58/25169, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | Baltimore Wool hooked rugs, etc. |
| R88/136 | Watson, J. February 1, 1983 | Hayim & Co. | R59/17524, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |
| R88/137 | Watson, J. February 1, 1983 | Hayim & Co. | R60/5115, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Baltimore Wool hooked rugs, etc. |
| R88/138 | Watson, J. February 1, 1983 | Hayim & Co. | R61/638, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Francisco Wool hooked rugs, etc. |
| R88/139 | Watson, J. February 1, 1983 | Providence Import Co. | 214006-A, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Cotton yarn rugs, etc. |
| R88/140 | Watson, J. February 1, 1983 | Providence Import Co. | 269528-A, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Wool and cotton hooked rugs, etc. |
| R88/141 | Watson, J. February 2, 1983 | Fortune Star Products Co. | R66/10075, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Batteries, rugs, mats, etc. |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/142 | Watson, J. February 2, 1983 | Imported Rug Associates, Ltd. | R65/15072, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Rugs |
| R83/143 | Watson, J. February 2, 1983 | Jacobs & Rankin, Inc. | R59/2174, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/144 | Watson, J. February 2, 1983 | Lipmans Imports, Inc. | 265948-A, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Pipe fittings |
| R83/145 | Watson, J. February 2, 1983 | Shalom & Co. | R59/6390, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Cotton tablecloths, napkins, etc. |
| R83/146 | Watson, J. February 2, 1983 | Trans-Ocean Import Co. | 288097-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Philadelphia Cotton rugs, wool hooked rugs, etc. |
| R83/147 | Watson, J. February 2, 1983 | Transworld International Service Co. | R59/9281, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Fabric |
| R83/148 | Watson, J. February 2, 1983 | W. R. Zanes & Co. | 279062-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Orleans Wool and braided rugs, etc. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/149 | Newman, J. February 2, 1983 | Topp Electronics, Inc. | 79-7-01200 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth on schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles<br>Not stated |
| R83/150 | Newman, J. February 2, 1983 | Topp Electronics, Inc. | 80-12-00156 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth on schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles<br>Not stated |
| R83/151 | Watson, J. February 3, 1983 | Borneo Sumatra Trading Co. | R58/18418, etc | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Wilmington, N.C.<br>Binoculars, wool hooked rugs, etc. |
| R83/152 | Watson, J. February 3, 1983 | Bruno Scheidt, Inc. | 249966-A, etc | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York<br>Canned tuna and gloves |
| R83/153 | Watson, J. February 3, 1983 | Bruno Scheidt, Inc. | 250859-A, etc | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York<br>Fish/shellfish and oranges |
| R83/154 | Watson, J. February 3, 1983 | Empire Findings Co. | R61/20231, etc | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York<br>Thermometers |
| R83/155 | Watson, J. February 3, 1983 | Providence Import Co. | 253290-A, etc | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York<br>Cotton yarn rugs, cotton hooked rugs, etc. |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/156 | Watson, J. February 3, 1983 | Starlight Trading, Inc. | R59/14478, etc | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Cotton and wool articles |
| R83/157 | Watson, J. February 3, 1983 | Trans-Ocean Import Co. | 283505-A, etc | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Cotton, wool and hooked rugs |
| R83/158 | Watson, J. February 3, 1983 | Trans-Ocean Import Co. | R60/22418, etc | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Philadelphia Braided rugs, etc. |
| R83/159 | Watson, J. February 7, 1983 | Adorence Co. | R59/17189, etc | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/160 | Watson, J. February 7, 1983 | Amerco Plastics Corp. | R65/10193, etc | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/161 | Watson, J. February 7, 1983 | Amerco Plastics Corp. | R65/17502, etc | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/162 | Watson, J. February 7, 1983 | Amerco Plastics Corp. | R65/17503 etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transceivers and batteries |
| R83/163 | Watson, J. February 7, 1983 | Arrow Trading Co. | R60/19064, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/164 | Watson, J. February 7, 1983 | Baar & Beards | R59/19300, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Scarves, silk fabric and sweaters |
| R83/165 | Watson, J. February 7, 1983 | Kassin Bros. | R60/4677, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/166 | Watson, J. February 7, 1983 | Louis Goldey Co., Inc., et al. | R64/21138, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Title, ceramic products, etc. |
| R83/167 | Watson, J. February 7, 1983 | Master Craft Electronics Corp. | R66/733 etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transceivers |
| R83/168 | Watson, J. February 7, 1983 | Master Craft Electronics Corp. | R66/995, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/169 | Watson, J. February 7, 1983 | Master Craft Electronics Corp. | R66/19818 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transceivers (transistor radios) |
| R83/170 | Watson, J. February 7, 1983 | Mitsui & Co. | R66/5084, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | Cleveland Ceramic glazed wall tile |
| R83/171 | Watson, J. February 7, 1983 | Rugby International Corp. | R64/16640, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Tube mats |
| R83/172 | Watson, J. February 7, 1983 | Rugby International Corp. | R65/4009, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Tube mats and tubular rugs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/173 | Watson, J. February 7, 1983 | Trans-Ocean Import Co. | 290936-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Wool rugs, hooked rugs, etc. |
| R83/174 | Watson, J. February 7, 1983 | Wilmington Shipping Co. | R60/2273, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Wilmington, N.C. Wool rugs, cotton rugs, etc. |
| R83/175 | Watson, J. February 9, 1983 | C. Itoh & Co. (America) | 293088-A, etc. | Export value | Appraised unit values less 7.5% thereof | Agreed statement of facts | New York Textiles |
| R83/176 | Watson, J. February 9, 1983 | C. Itoh & Co. (America) | 294943-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Textiles |
| R83/177* | Watson, J. February 9, 1983 | Imperial International Corp. | R62/4530, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/178 | Watson, J. February 9, 1983 | Imperial International Corp. | R64/12400, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Boston Transistor radios, accessories and parts |
| R83/179 | Watson, J. February 9, 1983 | International Expediters, Inc. | R61/3249, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Stainless steel flatware |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/180 | Watson, J. February 9, 1988 | International Expediters, Inc. | R63/3930, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values, net packed (merchandise covered by entries listed in schedule A attached to decision and judgment) Appraised unit values less 7.5% thereof, net packed (merchandise covered by schedule B) | Agreed statement of facts | San Francisco Transistor radios, accessories and parts; entireties |
| R83/181 | Watson, J. February 9, 1988 | Jake Levin & Son, Inc. | R60/5421, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values, net packed (merchandise described in schedule A attached to decision and judgment) Appraised unit values less 7.5% thereof, net packed (merchandise in schedule B) F.o.b. unit prices consisting of actual prices, or agreed prices as indicated in entry documents (less appraised values of the cases), plus 20% of difference between actual or agreed prices (less appraised values of the cases), and appraised values, net packed (merchandise in schedule C) | Agreed statement of facts | Kansas City (St. Louis) Prism binoculars |
| R83/182 | Watson, J. February 9, 1988 | Marubeni Iida Co. | R59/1918, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Fabrics |

*Superseded by decision and judgment entered May 12, 1983, Abs. R83/409.

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/183 | Watson, J. February 9, 1983 | Marubeni Iida Co. | R59/2013, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Fabrics |
| R83/184 | Watson, J. February 9, 1983 | S. H. Kress & Co. | R61/19266, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values (merchandise described on schedule A attached to decision and judgment) Appraised unit values less 7.5% thereof, net packed (merchandise on schedule B) | Agreed statement of facts | San Francisco "All merchandise," "wool knit articles" (merchandise on schedules A and B) |
| R83/185 | Watson, J. February 9, 1983 | S. H. Kress & Co. | R61/19390, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values (merchandise described on schedule A attached to decision and judgment) Appraised unit values less 7.5% thereof, net packed (merchandise on schedule B) | Agreed statement of facts | Los Angeles Wool knit articles, Xmas tree lights, etc. (merchandise on schedules A and B) |
| R83/186 | Watson, J. February 9, 1983 | Edmund S. Sassoon | R58/9982, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/187 | Watson, J. February 9, 1983 | Edmund S. Sassoon | R63/14220, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R88/188 | Watson, J. February 9, 1983 | Shalom & Co. | R63/12148, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York. Transistor radios, accessories and parts; entireties |
| R88/189 | Maletz, S.J. February 10, 1983 | Mitsubishi International Corp. | 82-9-01296, etc. | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | New York. Footwear |
| R88/190 | Watson, J. February 11, 1983 | Imported Rug Associates, Ltd. | R65/16453, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Mobile. Wool hooked rugs, etc. |
| R88/191 | Watson, J. February 11, 1983 | Imported Rug Associates, Ltd. | R65/16454 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Mobile. Wool hooked rugs, etc. |
| R88/192 | Watson, J. February 11, 1983 | Imported Rug Associates, Ltd. | R66/26874 | Export value | Appraised unit values less 7.5% thereof | Agreed statement of facts | Wilmington, N.C. Wool hooked rugs, etc. |
| R88/193 | Watson, J. February 11, 1983 | Mack Schwartz, Inc. | R60/16645, etc. | Export value | Appraised unit values less 7.5% thereof | Agreed statement of facts | San Francisco. Wool gloves, wool hooked rugs, etc. |
| R88/194 | Watson, J. February 11, 1983 | Sterling Merchandise Co. | 288446-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York. Binoculars, scarves, etc. |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/195 | Re, C. J. February 14, 1983 | Itoh & Co. (America) | 77-3-00519, etc. | Export value (merchandise in entries listed on schedule, attached to decision and judgment, with suffix "A") United States value (merchandise in entries listed on schedule, attached to decision and judgment, with suffixes "D" and "E") | Appraised values shown on entry papers less additions included to reflect currency revaluation (merchandise in entries listed with suffix "A") Landed duty paid price less statutory deductions for general expenses and profit in amount of 11.72% thereof less freight, insurance and duty, provided that deductions do not result in an appraised value below f.o.b. invoiced values, less additions included in appraised values to reflect currency revaluation (merchandise in entries listed with suffix "D") Landed duty paid price less statutory deductions for general expenses and profit in amount of 11.72% thereof less freight, insurance and duty, provided that deductions do not result in an appraised value below f.o.b. invoice values (merchandise in entries listed with suffix "E") | C.B.S. Imports v. U.S. (C.D. 4739) (merchandise in entries listed with suffix "A") Agreed statement of facts (merchandise in entries listed with suffixes "D" and "E") | New York Not stated (merchandise in entries listed with suffix "A") Synthetic textiles (merchandise in entries listed with suffixes "D" and "E") |
| R83/196 | Watson, J. February 14, 1983 | A & S Trading Co. | R63/8916, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/197 | Watson, J. February 14, 1983 | Empire Findings Co., | R61/21434, etc. | Export value | Appraised unit values less 7.5% thereof | Agreed statement of facts | New York Thermometer, wearing apparel, etc. |

| Reference | Plaintiff / Date | Importer | Entry No. | Basis of appraisement | Claimed value | Submitted on | Port and merchandise |
|---|---|---|---|---|---|---|---|
| R83/198 | Watson, J. February 14, 1983 | Fortune Star Products Co. | R68/15840, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York, Batteries, silk scarves, etc. |
| R83/199 | Watson, J. February 14, 1983 | Frank International | R63/41, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York, Transistor radios, accessories and parts; entireties |
| R83/200 | Watson, J. February 14, 1983 | Hayim & Co. | R60/21436, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York, Wool hooked rugs, etc. |
| R83/201 | Watson, J. February 14, 1983 | Imported Rug Associates, Ltd. | 289195-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York, Rugs |
| R83/202 | Watson, J. February 14, 1983 | Imported Rug Associates, Ltd. | R59/5599, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Baltimore, Wool hooked rugs, etc. |
| R83/203 | Watson, J. February 14, 1983 | Imported Rug Associates, Ltd. | R62/6880, etc. | Export value | Appraised unit values less 7.5% thereof | Agreed statement of facts | Baltimore, Wool hooked rugs, etc. |
| R83/204 | Watson, J. February 14, 1983 | Imported Rug Associates, Ltd. | R64/4218, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York, Rugs |
| R83/205 | Watson, J. February 14, 1983 | Imported Rug Associates, Ltd. | R64/13194. etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Tacoma (Seattle), Wool hooked rugs, etc. |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/206 | Watson, J. February 14, 1983 | Imported Rug Associates, Ltd. | R65/5725, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Portland, Oreg. Wool hooked rugs, etc. |
| R83/207 | Watson, J. February 14, 1983 | Imported Rug Associates, Ltd. | R65/6976, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Norfolk Wool hooked rugs, etc. |
| R83/208 | Watson, J. February 14, 1983 | Imported Rug Associates, Ltd. | R65/9974, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Savannah Wool hooked rugs, etc. |
| R83/209 | Watson, J. February 14, 1983 | Imported Rug Associates, Ltd. | R65/11807, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Savannah Wool hooked rugs, etc. |
| R83/210 | Maletz, S.J. February 14, 1983 | Dana Perfumes Corp. | 75-7-01795 | Cost of production | Amounts for material labor, fabrication costs and general expenses incurred for export to U.S. included in invoice prices, plus a profit percentage of 28.28372%, plus export packing | Agreed statement of facts | New York Ambush cologne, item #5212 on invoices |
| R83/211 | Re, C.J. February 16, 1983 | San Francisco Shirt Works | 78-3-00420 | Export value | Invoice unit value without addition for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/212 | Watson, J. February 16, 1983 | Empire Findings Co., Inc. | R63/6333, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Thermometers |
| R83/213 | Watson, J. February 16, 1983 | Imported Rug Associates, Ltd. | R63/8036, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Wool hooked rugs, etc. |
| R83/214 | Watson, J. February 16, 1983 | Marubeni Iida America, Inc. | R60/15712, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Flatware |
| R83/215 | Watson, J. February 16, 1983 | Rugby International Corp. | R64/16012, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Rugs and mats, etc. |
| R83/216 | Re, C.J. February 17, 1983 | Joseph Markovitz, Inc. | 74-10-02847 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Los Angeles Not stated |
| R83/217 | Re, C.J. February 17, 1983 | Men's Wear International, Inc. | 76-5-01229, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/218 | Re, C.J. February 17, 1983 | Zayre Corp. | 76-7-01726 | Export value | Appraised values, less amounts added for currency fluctuation | C.B.S. Imports v. U.S. (C.D. 4739) | Boston Not stated |
| R83/219 | Watson, J. February 17, 1983 | Arrow Trading Co. | R66/19796, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/220 | Maletz, S.J. February 17, 1983 | Fownes Bros. & Co. | 80-12-00139 | Constructed value | Appraised values as determined by Customs, less 30% addition which Customs added to make appraised values | Agreed statement of facts | New York Gloves |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/221 | Maletz, S.J. February 17, 1983 | Mitsubishi International Corp. | 82-6-00799 | American selling price | Appraised values less 23%, per pair | Agreed statement of facts | New Orleans Footwear |
| R83/222 | Re, C.J. February 22, 1983 | Chori America, Inc. | 77-7-01224, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/223 | Re, C.J. February 23, 1983 | Lenco Photo Products, Inc. | 79-1-00181 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/224 | Re, C.J. February 23, 1983 | Marubeni America Corp. | 73-7-01760 | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance, without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; San Francisco; Savannah; Seattle; Charleston Not stated |
| R83/225 | Watson, J. February 23, 1983 | A. E. Lyon Co. | R60/17545 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Pipe fittings, etc. |
| R83/226 | Watson, J. February 23, 1983 | A & S Trading Co. | R61/17645, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts, entireties |
| R83/227 | Watson, J. February 23, 1983 | B. P. M. International Ltd. | R66/8450 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transceivers |
| R83/228 | Watson, J. February 23, 1983 | Bruce Duncan Co. | R60/8282, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Sweaters |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/229 | Watson, J. February 23, 1988 | C. Itoh & Co. | 269467-A | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Dyed textiles woven |
| R83/230 | Watson, J. February 23, 1988 | Hurricane Import Co. | R64/17452, etc. | Export value (merchandise described on schedules A and B attached to decision and judgment) | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values (schedule A merchandise) Appraised unit values less 7.5% thereof, net packed (schedule B merchandise) | Agreed statement of facts | San Francisco Tubular rugs (merchandise on schedules A and B) |
| R83/231 | Watson, J. February 23, 1988 | Imported Rug Associates, Ltd. | R62/8487, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | Tampa Rugs |
| R83/232 | Watson, J. February 23, 1988 | Kanematsu New York Inc. | 296434-A | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Damask-table-cotton |
| R83/233 | Watson, J. February 23, 1988 | Mitsubishi International Corp. | R65/23430, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Television sets |
| R83/234 | Watson, J. February 23, 1988 | Mondial Co., Inc. | R59/11917, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Canned tuna fish |
| R83/235 | Watson, J. February 23, 1988 | Nozaki Associates, Inc. | R59/536, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Francisco Canned tuna |
| R83/236 | Watson, J. February 23, 1988 | Shalom & Co. | 273020-A | Export value (merchandise described on schedules A and B attached to decision and judgment) | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values (schedule A merchandise) Appraised unit values less 7.5% thereof, net packed (schedule B merchandise) | Agreed statement of facts | New York "All merchandise", articles of damask-table-cotton, etc. (merchandise on schedules A and B) |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R88/237 | Watson, J. February 23, 1983 | Starlight Trading, Inc. | R59/13476, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York; Cotton wearing apparel, etc. |
| R88/238 | Maletz, S.J. February 23, 1983 | Dana Perfumes Corp. | 80-9-01409 | Cost of production | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus a profit percentage of 17.22715%, plus export packing | Agreed statement of facts | New York; Canoe Cologne and Canoe Royale Cologne |
| R88/239* | Maletz, S.J. February 23, 1983 | Perkin Elmer Corp. | 78-12-02105 | Export value | Invoice unit prices, net packed; said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York; Electrical instruments and accessories |
| R88/240* | Maletz, S.J. February 23, 1983 | Perkin Elmer Corp. | 78-12-02109 | Export value | Invoice unit prices, net packed; said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York; Electrical instruments and accessories |
| R88/241 | Re, C.J. February 24, 1983 | Nichimen Co. | 74-6-01439, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Import Corp. v. U.S. (C.D. 4739) | New York; Not stated |
| R88/242 | Watson, J. February 24, 1983 | C. Itoh & Co. | 286188-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York; Tablecloth and napkins, teacups and saucers |
| R88/243 | Watson, J. February 24, 1983 | Empire Findings Co. | R61/18919, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York; Thermometers and/or thermometer blanks |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/244 | Watson, J. February 24, 1983 | Empire Findings Co. | R63/1370, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Thermometers and/or thermometer blanks |
| R83/245 | Watson, J. February 24, 1983 | Globe Shipping Co. | 269468-A, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Cotton and rayon tablecloths and napkins |
| R83/246 | Watson, J. February 24, 1983 | Globe Shipping Co., Inc. | 270449-A, etc. | Export values | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Damask tablecloth and napkins, cotton and rayon |
| R83/247 | Watson, J. February 24, 1983 | Imported Rug Associates, Ltd. | R65/7654 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Norfolk Wool hooked rugs, etc. |
| R83/248 | Watson, J. February 24, 1983 | International Expediters, Inc. | R63/4351, etc. | Export values | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values, net packed | Agreed statement of facts | New York 9V batteries, or transistor transceivers, or transistor radios, and any accessories and parts |
| R83/249 | Watson, J. February 24, 1983 | International Expediters, Inc. | R65/6900, etc. | Export value (merchandise covered by entries listed on schedules A and B attached to decision and judgment) | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values (schedule A merchandise) Appraised unit invoice values less 7.5% thereof, net packed (schedule B merchandise) | Agreed statement of facts | New York 9V batteries, or transistor radios, and any accessories and parts (merchandise in entries listed on schedules A and B) |
| R83/250 | Watson, J. February 24, 1983 | J.C. Penney | R63/9981, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of. facts | San Francisco Tubing mats |

*Amended July 25, 1983. See Abs. R83/510 and R83/512.

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/251 | Watson, J. February 24, 1983 | Lipmans Imports, Inc. | R61/20236, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Malleable cast iron fittings, etc. |
| R83/252 | Watson, J. February 24, 1983 | Marubeni Iida (America) Inc. | R58/7859, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Transistor radios and any accessories and parts |
| R83/253 | Watson, J. February 24, 1983 | Rugby International Corp. | R66/7091, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Tube mats, etc. |
| R83/254 | Watson, J. February 24, 1983 | Edward S. Sassoon | R60/5897, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Silk fabric and canned tuna |
| R83/255 | Watson, J. February 24, 1983 | Stone and Downer | R60/22813, etc. | Export value | F.o.b. invoice unit prices shown in entry documents, plus 20% of difference between f.o.b. unit prices and appraised values net packed | Agreed statement of facts | Boston Binoculars |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/256 | Maletz, S.J. February 24, 1983 | Dana Perfumes Corp. | R68/470, etc. | Cost of production (item Nos. 8225, 8226, 8227, 8228, 8264, 9204, 9208, 9216, U8228, U8264 on invoices) Constructed value (item No. 9704 on invoices) | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus percentage of 69%, plus export packing (item Nos. 8225, etc.) Amounts for material and labor costs incurred for export to U.S. as included in invoice prices, plus usual general expenses and profit percentage of 40.56%, plus export packing (item No. 9704) | Agreed statement of facts | New York Canoe Cologne, Spray Canoe Cologne, Pullman Cologne, etc. |
| R83/257 | Maletz, S.J. February 24, 1983 | Dana Perfumes Corp. | R68/6485, etc. | Cost of production | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus profit percentage of 96.721%, plus export packing | Agreed statement of facts | New York Canoe Cologne and Spray Canoe Cologne |
| R83/258 | Maletz, S.J. February 24, 1983 | Dana Perfumes Corp. | 78-6-01033, etc. | Cost of production (item Nos. 1463, 8225, 8226, 8227, 8228, 8264, 5466, 1112, 424/3, 8244, U8228 on invoices) Constructed value (item No. 8714, 8511, 5511, 5553, 1511, 1553, U8714, U8506 on invoices) | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus profit percentage of 28.28372%, plus export packing (item Nos. 1463, etc.) Amounts for material and labor costs incurred for export to U.S. as included in invoice prices, plus usual general expenses and profit percentage of 12.36451%, plus export packing (item Nos. 8714, etc.) | Agreed statement of facts | New York Canoe Cologne, Ambush Cologne, Tabu Cologne, etc. |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/259* | Maletz, S.J. February 24, 1983 | Perkin Elmer Corp. | 78-12-02104 | Export value | Invoice unit prices, net packed; said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Electrical instruments and accessories |
| R83/260* | Maletz, S.J. February 24, 1983 | Perkin Elmer Corp. | 78-12-02106 | Export value | Invoice unit prices, net packed; said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Electrical instruments and accessories |
| R83/261 | Re, C.J. March 1, 1983 | Marubeni America Corp. | 74-10-02848 | Export value (merchandise covered by entries followed by "A" on attached schedules) United States value (merchandise covered by entries followed by "B" or "C" on attached schedules) | Unit values found by appraising Customs official less ocean freight and marine insurance without additions for currency fluctuations (merchandise covered by entries followed by "A" on attached schedules) Appraised values less additions for currency fluctuation less 10%, or the invoiced unit values, less all non-dutiable charges, whichever value is higher (merchandise covered by entries followed by "B" or "C" on attached schedules) | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Los Angeles; Chicago; New Orleans; Boston; Houston Not stated |
| R83/262 | Re, C.J. March 1, 1983 | Metasco, Inc. | 76-5-01230, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/263 | Re, C.J. March 1, 1983 | Mitsui & Co. (U.S.A.) | 73-8-02150, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |

| No. | Judge/Date | Plaintiff | Entry No. | Basis | Appraised value | Authority | Port; Merchandise |
|---|---|---|---|---|---|---|---|
| R83/264 | Re, C.J. March 1, 1983 | Mitsui & Co. (U.S.A.) | 74-6-01437 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Cleveland; New York / Not stated |
| R83/265 | Re, C.J. March 1, 1983 | Mitsui & Co. (U.S.A.) | 77-1-00014, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco / Not stated |
| R83/266 | Re, C.J. March 1, 1983 | National Silver Co. | 76-11-02417 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New Bedford (Boston) / Not stated |
| R83/267 | Watson, J. March 1, 1983 | Herrmann-Herrman Inc. | R59/16534, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York / Silk and rayon scarves |
| R83/268 | Watson, J. March 1, 1983 | J.C. Penney Co. | R60/10085 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | Los Angeles / Sweater |
| R83/269 | Watson, J. March 1, 1983 | Rene D. Lyon Co. | 291450-A, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York / Artificial flowers |
| R83/270 | Watson, J. March 2, 1983 | C. Itoh & Co. | R58/20874, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York / Dyed woven textiles |
| R83/271 | Watson, J. March 2, 1983 | Imported Rug Associates, Ltd. | R64/4832, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | Savannah / Wool hooked rugs, etc. |
| R83/272 | Watson, J. March 2, 1983 | Louis Goldey Co. | R64/20403, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York / Tiles |

*Amended July 25, 1983. See Abs. R83/509 and R83/511.

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/273 | Watson, J. March 2, 1983 | Louis Goldey Co. | R66/14053, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Tampa Ceramic tiles |
| R83/274 | Watson, J. March 2, 1983 | Marubeni Iida (America) Inc. | R58/7847, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Dish towels, etc. |
| R83/275 | Watson, J. March 2, 1983 | Marubeni Iida (America) Inc. | R59/14990, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Fabrics |
| R83/276 | Watson, J. March 2, 1983 | Starlight Trading, Inc. | 295177-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Cotton clothing |
| R83/277 | Watson, J. March 2, 1983 | Starlight Trading, Inc. | R60/196, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Cotton blouses, silk fabrics, etc. |
| R83/278 | Re, C.J. March 4, 1983 | Brown Boveri Corp. | 75-9-02257 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; New Orleans Not stated |
| R83/279 | Re, C.J. March 4, 1983 | Mitsui & Co. (USA) | 73-9-02575 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles; Cleveland; New York Not stated |

373

| | | | | | | |
|---|---|---|---|---|---|---|
| R83/280 | Re, C.J. March 4, 1983 | Mitsui & Co. (USA) | 76-11-02474 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Portland, Oreg. Not stated |
| R83/281 | Watson, J. March 4, 1983 | Louis Goldey Co. | R64/21299, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Savannah Tiles |
| R83/282 | Re, C.J. March 7, 1983 | M. Hidary & Co. | 76-8-01795, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/283 | Watson, J. March 7, 1983 | C. Itoh & Co. | R60/5886, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Tablecloth and napkins |
| R83/284 | Boe, J. March 7, 1983 | Washington International Insurance Co. | 81-7-00935 | American selling price | $5.20 per pair, less 2%, net, packed (entry Nos. 204887, 204839, 204690, 204692, 204691, 204695, 204694, 204693) $4.90 per pair, less 2%, net, packed (entry Nos. 204696, 204691, 204695, 204694) $4.95 per pair, less 2%, net, packed (entry No. 204710) | Order on plaintiff's motion for partial judgment on the pleadings; on defendant's cross-motion for partial judgment on the pleadings or, in the alternative, for partial summary judgment | Los Angeles Men's vinyl shoes specified on listed entries; entry Nos. 220709, 220710, 216275, 216277, 252151, 252153 severed and dismissed from action |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/285 | Maletz, S.J. March 7, 1983 | Dana Perfumes Corp. | R70/5660, etc. | Cost of production (item Nos. 8225, 8226, 8227, 8228, 8264, on invoices) Constructed value (item Nos. 8702, 8714, U8711, on invoices) | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus profit percentage of 84.66%, plus export packing (item Nos. 8225, etc.) Amounts for material and labor costs incurred for export to U.S. as included in invoice prices, plus usual general expenses and profit percentage of 59.03%, plus export packing (item Nos. 8702, etc.) | Agreed statement of facts | New York Canoe Cologne, Canoe After Shave, etc. |
| R83/286 | Maletz, S.J. March 7, 1983 | Dana Perfumes Corp. | 79-9-01428, etc. | Cost of production | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus profit percentage of 17.22715%, plus export packing | Agreed statement of facts | New York Canoe Cologne, etc. |
| R83/287 | Maletz, S.J. March 7, 1983 | LYF International, Inc. | 82-5-00644 | Export value (style No. 7603) American selling price (style No. 7023) | Invoice unit price net packed (style No. 7603) $12.90 per pair less 2% net packed (style No. 7023) | Agreed statement of facts | Los Angeles Footwear (style Nos. 7603 and 7023) |
| R83/288 | Maletz, S.J. March 7, 1983 | Wirth Limited | 79-10-01563 | Export value | Base trigger prices, plus extras in effect on date of exportation or if new prices are announced for following quarter, at announced base trigger prices plus extras | Agreed statement of facts | Portland, Oreg. Carbon steel plate and sheet |

| Abstract | Judge/Date | Party | Entry No. | Basis | Details | Authority | Location / Merchandise |
|---|---|---|---|---|---|---|---|
| R83/289 | Re, C.J. March 10, 1983 | Adorence Co. | 74-4-01053, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/290 | Re, C.J. March 10, 1983 | Harry J. Rashti & Co. | 77-3-00489 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel, etc. |
| R83/291 | Re, C.J. March 10, 1983 | Zayre Corp. | 73-12-03408 | Export value | Appraised values, less amounts for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Boston Not stated |
| R83/292 | Boe, J. March 10, 1983 | Dana Perfumes Corp. | R68/11482, etc. | Cost of production | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus profit percentage of 54.84%, plus export packing | Agreed statement of facts | New York Canoe Cologne, Uncartoned Canoe Cologne, Pullman Cologne |
| R83/293 | Boe, J. March 10, 1983 | Y. Nishida | 79-10-01499 | United States value | Calculated by the formulae set forth in Customs Service Ruling CIE 30/81 of 7/20/81 | Agreed statement of facts | New York Polyester knit fabrics |
| R83/294* | Boe, J. March 10, 1983 | Perkin Elmer Corp. | 78-12-02266 | Export value | Invoice unit prices, net packed; said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Electrical instruments and accessories |
| R83/295 | Watson, J. March 11, 1983 | A & A Trading Corp. | R58/17583, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Prism binoculars |
| R83/296 | Watson, J. March 11, 1983 | Mitsubishi International Corp. | R58/13281, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Cotton gingham, etc. |
| R83/297 | Watson, J March 11, 1983 | Propper Mfg. Co. | R65/14278, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Thermometers |

*Amended July 18, 1983. See Abs. R83/505.

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/298 | Boe, J. March 11, 1983 | Dana Perfumes Corp. | R70/3872, etc. | Cost of production (item Nos. 8225, 8226, 8228, 8229, 8264 on invoices) Constructed value (item Nos. 8702, 8714, U8711 on invoices) | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus profit percentage of 71.35%, plus export packing (item Nos. 8225, etc.) Amounts for material and labor costs incurred for export to U.S. as included in invoice prices, plus usual general expenses and profit percentage of 56.37%, plus export packing | Agreed statement of facts | New York Canoe Cologne, Canoe After Shave, etc. |
| R83/299 | Boe, J. March 14, 1983 | American Honda Motor Co. | 80-2-00357 | Cost of production (merchandise listed on schedules A and B attached to decision and judgment) | As set forth in "Claimed Unit Values" column in schedule A Correct cost of production converted to U.S. dollars is set forth in "Claimed Cost of Production in U.S. Dollars" column in schedule B | Agreed statement of facts | New York Motor vehicles listed on schedules A and B |
| R83/300 | Boe, J. March 14, 1983 | Baird Chemical Industries, Inc. | R62/8014, etc. | United States value | Dutiable values per pound are the appropriate values specified on schedule attached to decision and judgment in column designated "Dutiable Value" | Agreed statement of facts | Baltimore Thioures |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/301 | Boe, J. March 14, 1983 | Carson M. Simon & Co. | R65/21250 | United States value | Dutiable values per pound are the appropriate values specified on schedule attached to decision and judgment in column designated "Dutiable Value" | Agreed statement of facts | Philadelphia Thiourea |
| R83/302 | Boe, J. March 14, 1983 | F.B. Vandegrift & Co. | R65/20580, etc. | United States value | Dutiable values per pound are the appropriate values specified on schedule attached to decision and judgment in column designated "Dutiable Value" | Agreed statement of facts | Philadelphia Thiourea |
| R83/303 | Boe, J. March 14, 1983 | R.J. Saunders & Co. | R59/12803, etc. | United States value | Dutiable values per pound are the appropriate values specified on schedule attached to decision and judgment in column designated "Dutiable Value" | Agreed statement of facts | New York Thiourea |
| R83/304 | Boe, J. March 14, 1983 | Samuel Shapiro & Co. | R62/8016, etc. | United States value | Dutiable values per pound are the appropriate values specified on schedule attached to decision and judgment in column designated "Dutiable Value" | Agreed statement of facts | Baltimore Thiourea |
| R83/305 | Re, C.J. March 15, 1983 | Allied Stores Int'l. Inc. | 79-2-00281 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/306 | Re, C.J. March 15, 1983 | Lenco Photo Products, Inc. | 78-2-00270 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/307 | Re, C.J. March 15, 1983 | Marubeni America Corp. | 75-2-00465 | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance, and without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Graphite electrodes |
| R83/308 | Re, C.J. March 15, 1983 | Marubeni America Corp. | 75-4-00827, etc. | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance, and without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/309 | Re, C.J. March 15, 1983 | Marubeni Iida (America) Inc. | 75-10-02747, etc. | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance, and without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/310 | Watson, J. March 15, 1983 | Kanematsu Gosho Inc. | R60/1784, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios and any accessories and parts; entireties |
| R83/311 | Watson, J. March 15, 1983 | Kanematsu N.Y. Inc. | R62/7528 | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transistor radios and any accessories and parts; entireties |
| R83/312 | Boe, J. March 15, 1983 | E.S. Originals, Inc. | 81-8-01078 | Export value | Invoiced f.o.b. Hong Kong prices specified, per pair | Agreed statement of facts | Los Angeles Ladies and misses styles footwear manufactured in the People's Republic of China |

| | | | | | | |
|---|---|---|---|---|---|---|
| R83/313 | Boe, J. March 15, 1983 | Frank P. Dow Co. | R61/11808, etc. | United States value | Dutiable values per pound are appropriate values specified on schedule attached to decision and judgment in column designated "Dutiable Value" | Agreed statement of facts | Los Angeles Thiourea |
| R83/314 | Watson, J. March 17, 1983 | B.P.M. International Ltd. | R65/15443, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values (merchandise described on schedule A attached to decision and judgment) Appraised unit values less 7.5% thereof, net packed (merchandise described on schedule B) | Agreed statement of facts | San Francisco Radios and transceivers (schedule A merchandise) 9 volt batteries (schedule B merchandise) |
| R83/315 | Watson, J. March 17, 1983 | Charles Zucker Flower Corp. | 277076-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Artificial flowers |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/316 | Boe, J. March 17, 1983 | Dana Perfumes Corp. | 76-7-01674 | Cost of production (item Nos. 8228, 8244, 8264 on invoices) Constructed value (item Nos. 8714, 5511 on invoices) | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus profit percentage of 51.758% or 28.28372%, depending upon date of exportation, plus export packing (item Nos. 8228, etc.) Amounts for material and labor costs incurred for export to U.S. as included in invoice prices plus usual general expenses and profit percentage of 40.244% or 12.36345%, depending upon date of exportation, plus packing (item Nos. 8714, etc.) | Agreed statement of facts | New York Canoe Cologne, Canoe Royale Cologne, Spray Canoe Cologne etc. |
| R83/317 | Boe, J. March 17, 1983 | Dana Perfumes Corp. | 76-7-01676 | Cost of production (item Nos. 8264, 424/3 on invoices) Constructed value (item No. 1511 on invoices) | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus profit percentage of 51.758% or 28.28372%, depending upon date of exportation, plus export packing (item Nos. 8264, 424/3) Amounts for material and labor costs incurred for export to U.S. as included in invoice prices plus usual general expenses and profit percentage of 40.244%, plus export packing (item No. 1511) | Agreed statement of facts | New York Canoe Cologne, Bridal Bouquet Cologne and Tabu Soap |

| R83/318 | Boe, J. March 17, 1983 | Dana Perfumes Corp. | 76-7-01680 | Cost of production (item Nos. 8226, 8228, 8244, 8264, 1112 on invoices) Constructed value (item Nos. 5553, 8511, 1553, 8714 on invoices) | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus profit percentage of 51.758% or 28.28372%, depending upon date of exportation, plus export packing (item Nos. 8226, etc.) Amounts for material and labor costs incurred for export to U.S. as included in invoice prices plus usual general expenses and profit percentage of 12.36450%, plus packing (item Nos. 5553, etc.) | Agreed statement of facts | New York Canoe Cologne, Canoe Royale Cologne, Canoe Spray Cologne etc. |
| R83/319 | Boe, J. March 17, 1983 | Dana Perfumes Corp. | 76-12-02671 | Cost of production (item Nos. 8227, 8228, 8244 on invoices) Constructed value (item Nos. 8714 on invoices) | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus profit percentage of 51.758% plus export packing (item Nos. 8227, etc.) Amounts for material and labor costs incurred for export to U.S. as included in invoice prices plus usual general expenses and profit percentage of 40.244% plus packing (item Nos. 8714, etc.) | Agreed statement of facts | New York Canoe Cologne, Canoe Royale Cologne and Canoe After Shave |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/320 | Boe, J. March 17, 1983 | Dana Perfumes Corp. | 79-6-01063 | Cost of production (item Nos. 8227, 8228, 8264, 424/3, 1112 on invoices) Constructed value (item Nos. 8702, U8506, 8511, 1533, 5511 on invoices) | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. as included in invoice prices, plus profit percentage of 63.587% or 28.28372%, depending upon date of exportation, plus export packing (item Nos. 8227, etc.) Amounts for material and labor costs incurred for export to U.S. as included in invoice prices plus usual general expenses and profit percentage of 49.673% or 12.3645%, depending upon date of exportation, plus export packing (item Nos. 8702, etc.) | Agreed statement of facts | New York Canoe Cologne, Bridal Bouquet Cologne, Tabu Perfume, etc. |
| R83/321 | Re, C.J. March 24, 1983 | New York Merchandise Co. | 79-4-00719 | Export value | Appraised values less nondutiable charges relating to currency revaluation (if any) included therein | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Diego Not stated |
| R83/322 | Re, C.J. March 24, 1983 | New York Merchandise Co. | 79-4-00720 | Export value | Appraised values less nondutiable charges relating to currency revaluation (if any) included therein | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Diego Not stated |
| R83/323 | Re, C.J. March 25, 1983 | Mitsubishi International Corp. | 77-11-04679 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |

| No. | Judge/Date | Importer | Entry No. | Basis of value | Remarks | Authority | Port / Merchandise |
|---|---|---|---|---|---|---|---|
| R83/324 | Re, C.J. March 25, 1983 | Mitsui & Co. (USA) | 76-10-02324 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York / Not stated |
| R83/325 | Re, C.J. March 25, 1983 | Nichimen Co. | 73-1-00316 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco; Houston; Chicago; New Orleans; Portland, Oreg.; New York; Port Everglades (Miami); Boston; Seattle; Philadelphia; Mobile; Savannah / Not stated |
| R83/326 | Re, C.J. March 25, 1983 | Oel Overseas Enterprises Ltd. | 74-5-01408, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York / Wearing apparel, etc. |
| R83/327 | Watson, J. March 30, 1983 | Adorence Co. | 270177-A, etc. | Export value | Export values less 7.5% thereof | Agreed statement of facts | New York / Gloves, tuna fish, etc. |
| R83/328 | Watson, J. March 30, 1983 | Kassin Bros. | R59/10976, etc. | Export value | Export values less 7.5% thereof | Agreed statement of facts | New York / Pipe fittings, silk fabrics, etc. |
| R83/329 | Boe, J. March 30, 1983 | Baird Chemical Industries, Inc. | R62/8854, etc. | United States value | Dutiable values per pound are appropriate values specified on schedule attached to decision and judgment in column designated "Dutiable Value" | Agreed statement of facts | Los Angeles / Thiourea |
| R83/330 | Boe, J. March 30, 1983 | Topp Electronics, Inc. | 79-5-00878 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth on schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles / Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/331 | Boe, J. March 30, 1983 | Topp Electronics, Inc. | 80-3-00500 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth on schedule of protests attached to decision and judgment | Agreed statement of facts | Los Angeles Not stated |
| R83/332 | Watson, J. March 31, 1983 | Joseph Markovits, Inc. | R58/6828, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/333 | Watson, J. March 31, 1983 | Joseph Markovits, Inc. | R58/25962, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/334 | Watson, J. March 31, 1983 | Rene D. Lyon Co. | R59/19450, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/335 | Re, C.J. April 1, 1983 | Nichimen Co. | 73-3-00813 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739). | New York; Los Angeles; San Francisco; Philadelphia; New Orleans; Houston, Charleston; Savannah; Baltimore; Honolulu; Chicago; Mobile; Seattle; Portland; Oreg.; Jacksonville; Galveston Not stated |
| R83/336 | Re, C.J. April 1, 1983 | Nichimen Co. | 75-8-02029, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739). | Philadelphia Not stated |

| | | | | | | |
|---|---|---|---|---|---|---|
| R83/337 | Watson, J. April 7, 1983 | H. W. Robinson & Co. | 279302-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Ladies clothing |
| R83/338 | Watson, J. April 7, 1983 | Joseph Markovits, Inc. | 249363-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/339 | Watson, J. April 7, 1983 | Joseph Markovits, Inc. | R58/17910, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/340 | Watson, J. April 7, 1983 | Joseph Markovits, Inc. | R58/25987, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Artificial flowers |
| R83/341 | Re, C. J. April 8, 1983 | C. Itoh & Co. (America) | 73-5-01306 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New Orleans; Philadelphia; New York Not stated |
| R83/342 | Re, C. J. April 8, 1983 | Lenco Photo Products, Inc. | 77-9-03859 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/343 | Rao, J. April 8, 1983 | Mitsui & Co. (USA) | 81-9-01168, etc. | Transaction value | Invoice unit prices of merchandise for exportation from Japan to U.S., less included nondutiable charges for ocean freight and marine insurance | Agreed statement of facts | New York Various types of steel mill products |
| R83/344 | Watson, J. April 8, 1983 | Joseph Markovits, Inc. | R59/13209, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/345 | Watson, J. April 8, 1983 | Joseph Markovits, Inc. | R59/16822, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/346 | Watson, J. April 8, 1983 | Joseph Markovits, Inc. | R60/3604, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/347 | Watson, J. April 8, 1983 | Joseph Markovits, Inc. | R60/22114, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/348 | Watson, J. April 8, 1983 | Louis Goldey Co. | R64/24193 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Mobile Tiles |
| R83/349 | Watson, J. April 8, 1983 | Louis Goldey Co. | R66/20234 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Miami Glazed mosaic tiles |
| R83/350 | Watson, J. April 8, 1983 | Mitsui & Co. | R64/7223, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Sewing machine heads |
| R83/351 | Watson, J. April 8, 1983 | National Silver Co. | R59/13950, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Francisco Table cutlery |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/352 | Watson, J. April 8, 1983 | National Silver Co. | R62/15264 | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Boston Dinnerware |
| R83/353 | Watson, J. April 8, 1983 | National Silver Co. | R66/28092, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles China/cutlery |
| R83/354 | Watson, J. April 8, 1983 | Rugby International Corp. | R64/16011, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Tube mats |
| R83/355 | Watson, J. April 8, 1983 | Starlight Trading, Inc. | R59/13599, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Cotton articles |
| R83/356 | Watson, J. April 8, 1983 | Trans-Ocean Import Co. | R65/15177, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Portland, Oreg. Textile furnishings |
| R83/357 | Re, C. J. April 14, 1983 | Mitsui & Co. (USA) | 77-9-03858 | Export value | Appraised values shown on entry papers less addition included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/358 | Watson, J. April 14, 1983 | Consolidated Merch. Corp. | R64/16972, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | Los Angeles Sewing machines |
| R83/359 | Watson, J. April 14, 1983 | Consolidated Merch. Corp. | R65/45, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Sewing machines |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/360 | Watson, J. April 14, 1983 | Consolidated Merch. Corp. | R65/3485, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Sewing machines |
| R83/361 | Watson, J. April 14, 1983 | F. B. Vandegrift Co. | 222732-A, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | Philadelphia Oval tube rugs |
| R83/362 | Watson, J. April 14, 1983 | Joseph Markovits, Inc. | 293885-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/363 | Watson, J. April 14, 1983 | Tanross Supply Co. | 267175-A, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Binoculars |
| R83/364 | Watson, J. April 19, 1983 | Joseph Markovits, Inc. | 294778-A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/365 | Watson, J. April 19, 1983 | Joseph Markovits, Inc. | R60/15661, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/366 | Rao, J. April 20, 1983 | Bok Lei Tat | 82-1-00058 | Export value | Invoice value | Agreed statement of facts | Los Angeles Ladies embroidered scuffs or backless slippers |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/367 | Rao, J. April 20, 1983 | Polaroid Corp. | 81-5-00494 | Export value | Invoice unit prices plus: (1) a royalty of $10.50 on each Model M202 and M402 miniportrait camera; (2) a royalty of $14.50 on each Model M452 and M253 miniportrait camera; (3) a royalty of $2.17 on each Reporter and Reporter SE camera; (4) a royalty of $1.27 on each Polaroid One Step camera; and (5) a royalty of $0.97 plus an assist of $0.105 on each Model 2350 Sunpak Strobe | Agreed statement of facts | Boston Model 2350 Sunpack Strobes; models M202, M452, M253 and M402 miniportrait cameras; Polaroid One Step cameras; Reporter camera; and Reporter SE camera |
| R83/368 | Rao, J. April 20, 1983 | Polaroid Corp. | 81-5-00495 | Export value (Model EE100 ER) Constructed value (Model 2351) | Invoice unit prices plus a royalty of $2.17, plus assists of $0.063 per unit (model EE100 ER) Invoice unit prices plus a royalty of $0.67, plus assists of $0.17 per unit (Model 2351) | Agreed statement of facts | Boston Model EE100 ER cameras and Model 2351 Sunpak Strobes |
| R83/369 | Re, C.J. April 21, 1983 | Hamilton Industries | 78-9-01654, etc. | Export value | Appraised values specified on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/370 | Watson, J. April 21, 1983 | Amerex Trading Corp. | R60/18237 | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transistor radios and any accessories and parts; entireties |
| R83/371 | Watson, J. April 21, 1983 | Amerex Trading Corp. | R60/18797, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios and any accessories and parts; entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/372 | Watson, J. April 21, 1983 | Fred Roberts Co. | R58/385, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | San Francisco Chinaware, etc. |
| R83/373 | Watson, J. April 21, 1983 | Joseph Markovits, Inc. | 253429–A, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Artificial flowers, etc. |
| R83/374 | Watson, J. April 22, 1983 | Joseph Markovits, Inc. | R60/7625, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Artificial flowers |
| R83/375 | Watson, J. April 22, 1983 | Lipmans Imports, Inc. | R60/15767, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Galvanized plumbing supplies, etc. |
| R83/376 | Watson, J. April 22, 1983 | National Silver Co. | R68/14450, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Mug tree set, etc. |
| R83/377 | Watson, J. April 22, 1983 | Oriental Exporters, Inc. | R63/10236, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Transistor radios and any accessories and parts; entireties |
| R83/378 | Watson, J. April 22, 1983 | Oriental Exporters, Inc. | R66/7088, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York 9-volt batteries |

| R83/379 | Watson, J. April 22, 1983 | Starlight Trading, Inc. | R58/23229, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Cotton wearing apparel |
| R83/380 | Watson, J. April 22, 1983 | Starlight Trading, Inc. | R59/13473, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Cotton wearing apparel etc. |
| R83/381 | Watson, J. April 22, 1983 | Starlight Trading, Inc. | R61/19485, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Cotton articles, etc. |
| R83/382 | Watson, J. April 22, 1983 | Starlight Trading, Corp. | R62/12035, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Cotton articles, etc. |
| R83/383 | Rao, J. April 26, 1983 | Mitsui & Co. (USA) | 81-9-01321, etc. | Transaction value | Invoice unit prices of merchandise for exportation from Japan to U.S., less included nondutiable charges for ocean freight and marine insurance | Agreed statement of facts | Philadelphia Steel mill products |
| R83/384 | Rao, J. April 26, 1983 | Mitsui & Co. (USA) | 81-10-01429, etc. | Transaction value | Invoice unit prices of merchandise for exportation from Japan to U.S., less included nondutiable charges for ocean freight and marine insurance | Agreed statement of facts | New Orleans Steel mill products |
| R83/385 | Rao, J. April 26, 1983 | Mitsui & Co. (USA) | 81-11-01519 | Transaction value | Invoice unit prices of merchandise for exportation from Japan to U.S., less included nondutiable charges for ocean freight and marine insurance | Agreed statement of facts | San Francisco Steel mill products |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/386 | Re, C. J. May 3, 1983 | Korvettes, Div. of Arlen Realty & Development Corp. | 78-12-02301 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/387 | Re, C. J. May 3, 1983 | Sultra Corp. | 78-8-01528, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/388 | Watson, J. May 3, 1983 | B.P.M. International Ltd. | R64/18633 | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios and any accessories and parts; entireties |
| R83/389 | Watson, J. May 3, 1983 | Compass Instrument & Optical Co. | R62/13720, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Binoculars, etc. |
| R83/390 | Watson, J. May 3, 1983 | Harper, Robinson & Co. | R59/8901, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | Los Angeles Cotton articles |
| R83/391 | Watson, J. May 3, 1983 | Joseph Markovits, Inc. | R58/10033, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Artificial flowers |
| R83/392 | Watson, J. May 3, 1983 | Louis Goldey Co. | R64/21300, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | Savannah Tiles |
| R83/393 | Watson, J. May 3, 1983 | Mitsui & Co. Ltd. | R63/11841, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | Los Angeles Sewing machine heads |
| R83/394 | Watson, J. May 3, 1983 | National Silver Co. | R64/21303, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | Boston Porcelaineware, earthenware |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/395 | Watson, J. May 3, 1983 | Oriental Exporters, Inc. | R63/13023, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Transistor radios and any accessories and parts; entireties |
| R83/396 | Watson, J. May 3, 1983 | Rugby International Corp. | R64/22904, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Tube mats, etc. |
| R83/397 | Watson, J. May 3, 1983 | Rugby International Corp. | R67/6289, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Tube mats, etc. |
| R83/398 | Watson, J. May 10, 1983 | A & A Trading Corp. | R58/24615, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Not stated |
| R83/399 | Watson, J. May 10, 1983 | A & A Trading Corp. | R59/10637, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | Boston Not stated |
| R83/400 | Watson, J. May 10, 1983 | National Silver Co. | R66/6352, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New Bedford (Boston) Earthenware/porcelaine ware and table cutlery |
| R83/401 | Watson, J. May 10, 1983 | Oriental Exporters, Inc. | R66/4828, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Tranceivers |
| R83/402 | Watson, J. May 10, 1983 | Wilmington Shipping Co. | R61/15145, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | Wilmington, N.C. Wool rugs |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/403 | Re, C.J. May 11, 1983 | Marubeni America Corp. | 75-9-02373, etc. | Export value (merchandise marked "A") United States value (merchandise marked "B") | Unit values found by appraising customs official, less ocean freight and marine insurance, and without additions for currency fluctuation (merchandise marked "A") Equal to appraised values, less any additions made for currency fluctuation, and less 10% or invoiced unit values, less all nondutiable charges, whichever value is higher (merchandise marked "B") | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Fabrice (merchandise marked "A" and "B") |
| R83/404 | Re, C.J. May 11, 1983 | M. Hidary & Co., Inc. | 76-5-01152 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/405 | Re, C.J. May 11, 1983 | Mitsui & Co. (USA), Inc. | 76-7-01616, etc | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Savannah Not stated |
| R83/406 | Re, C.J. May 11, 1983 | Toyota Motor Sales | 73-8-02169 | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/407 | Ford, J. May 11, 1983 | Polaroid Corp. | 81-10-01349 | Constructed value | Represented by invoice unit prices plus a royalty of $0.67 each and assists of $0.17 each | Agreed statement of facts | Boston Model 2351 Sunpak Strobes |

| No. | Judge / Date | Plaintiff | Entry No. | Basis | Holding | Authority | Port / Merchandise |
|---|---|---|---|---|---|---|---|
| R83/408 | Watson, J. May 12, 1983 | A & A International Corp. | R59/10623, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | Boston Transistor radios, accessories and parts; entireties |
| R83/409 | Watson, J. May 12, 1983 [substituted for decision and judgment entered on 2/9/83. Abs. R83/177] | Imperial International Corp. | R62/4530, etc. | Export value | Appraised values, less 7.5%, net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/410 | Watson, J. May 12, 1983 | W.R. Zanes & Company, et al. (Trans-Ocean Import Co., Inc.) | R60/5829, etc. | Export value | Appraised values 7.5% thereof | Agreed statement of facts | Houston Wool rugs |
| R83/411 | Re, C.J. May 17, 1983 | Koniphoto Corporation | 78-10-01836 | Export value | Appraised unit values specified on entry papers by appraising customs officer, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/412 | Re, C.J. May 17, 1983 | Marubeni America Corp. | 74-7-01855 | United States value | Equal to appraised values, less 10%, or invoiced unit values, less all non-dutiable charges, whichever is higher | Agreed statement of facts | New York Fabrics, etc. |
| R83/413 | Re, C.J. May 17, 1983 | Marubeni America Corp. | 77-9-02836 | United States value | Appraised values, less additions made for currency fluctuation, and less 10%, or invoiced unit values, less non-dutiable charges, whichever is higher | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Fabrics |
| R83/414 | Re, C.J. May 17, 1983 | Mitsubishi Int'l. Corp. | 76-10-02335 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/415 | Re, C.J. May 17, 1983 | Toyota Motor Sales, Inc. | 74-1-00079 | Export value | Appraised values specified on entry papers by liquidating officer, less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/416 | Re, C.J. May 17, 1983 | Toyota Motor Sales, U.S.A. Inc. | 74-5-01378 | Export value | Appraised values specified on entry papers by liquidating officer, less any additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/417 | Ford, J. May 17, 1983 | Beer Precast Concrete, Ltd. | 79-9-01403 | Export value | Equal to $156.27/ton, net packed | Agreed statement of facts | Buffalo Prefabricated concrete construction materials |
| R83/418 | Ford, J. May 17, 1983 | J. C. Penney Purchasing Corp. | 80-6-00882 | American selling price | Listed in Column III of Schedule A attached to decision and judgment | Agreed statement of facts | Los Angeles Not stated |
| R83/419 | Watson, J. May 18, 1983 | A & A Trading Corp. | R61/14238, etc. | Export value (entries listed in Schedules A and B) | Appraised unit values less 7.5% thereof, net packed (entries listed in Schedule A) Appraised values shown on entry papers less amounts attributable to buying commission (exporter's commission or purchasing agent's commission) (entries listed in Schedule B) | Agreed statement of facts | Boston All transistor radios (entries listed in Schedule A); all merchandise except transistor radios described on Schedule A, which had buying agent's commissions included as part of appraised values |
| R83/420 | Watson, J. May 18, 1983 | Aircargo Brokerage Co. | R59/12939, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | Miami All binoculars and micron style binoculars |
| R83/421 | Watson, J. May 18, 1983 | Amerco Plastics Inc. | R65/23699, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York All television sets |

| No. | Judge/Date | Importer | Entry No. | Basis | Claim | Decision | Location / Merchandise |
|---|---|---|---|---|---|---|---|
| R83/422 | Watson, J. May 18, 1983 | Iwai of New York Inc. | R62/593 | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/423 | Watson, J. May 18, 1983 | J. C. Penney Co. | R60/7729, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | San Francisco Transistor radios, accessories and parts; entireties |
| R83/424 | Watson, J. May 18, 1983 | J. C. Penney Co. | R64/24083, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | San Francisco Transistor radios, accessories and parts; entireties. |
| R83/425 | Watson, J. May 19, 1983 | Jemsa Plastics Corp. | R64/5428, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Batteries |
| R83/426 | Watson, J. May 19, 1983 | Kanematsu New York Inc. | R61/11712, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/427 | Watson, J. May 19, 1983 | Marubeni Iida (America) Inc. | R58/11182, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Cotton wearing apparel, etc. |
| R83/428 | Watson, J. May 19, 1983 | North American Foreign Trading Corp. | R63/2379, etc. | Export value | Equal to appraised values, less 7.5%, net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/429 | Watson, J. May 19, 1983 | Oriental Exporters, Inc. | R63/4306, etc. | Export values | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/430 | Watson, J. May 19, 1983 | Oriental Exporters, Inc. | R64/5068, etc. | Export value | Appraised values less 7.5%, net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/431 | Watson, J. May 19, 1983 | Oriental Exporters, Inc. | R65/17424, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York 9 volt batteries |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/432 | Watson, J. May 19, 1983 | Siber Hegner Co. | 267240A, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Rayon/silk scarves, silk piece goods and silk scarves |
| R83/433 | Re, C. J. May 23, 1983 | Allied Stores Int'l. Inc. | 79-4-00625 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/434 | Re, C. J. May 23, 1983 | Allied Stores Int'l. Inc. | 79-10-01574 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/435 | Re, C. J. May 23, 1983 | B & H Importing Corp. | 78-4-00622 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/436 | Re, C. J. May 23, 1983 | Mitsui & Co. (USA) | 79-4-00677 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Charleston, S.C. Not stated |
| R83/437 | Re, C. J. May 24, 1983 | Allied Stores International, Inc. | 79-4-00693 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/438 | Re, C. J. May 24, 1983 | Marubeni America Corp. | 76-9-02194, etc. | Export value | Unit values found by appraising customs official, less ocean freight and marine insurance, and without additions for currency fluctuation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/439 | Re, C. J. May 24, 1983 | Metasco, Inc. | 76-10-02344 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |

| | | | | | | |
|---|---|---|---|---|---|---|
| R83/440 | Re, C. J., May 24, 1983 | Mitsubishi International Corp. | 76-5-01070, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/441 | Re, C. J., May 24, 1983 | Mitsubishi International Corp. | 76-7-01675, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/442 | Re, C. J., May 24, 1983 | Mitsui & Co. (USA) | 77-4-00562 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/443 | .e, C. J., May 24, 1983 | Mitsui & Co. (USA) | 76-10-02383 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Tampa Not stated |
| R83/444 | Re, C. J., May 24, 1983 | Mitsui & Co. (USA) | 79-4-00627 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | San Francisco Not stated |
| R83/445 | Re, C. J., May 24, 1983 | Nichimen Co. | 76-9-02192 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Philadelphia Not stated |
| R83/446 | Re, C. J., May 24, 1983 | Nichimen Co. | 79-10-01575 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/447 | Re, C. J., May 24, 1983 | Starlight Trading, Inc. | 76-5-01058, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/448 | Re, C. J., May 24, 1983 | Starlight Trading, Inc. | 76-8-01771, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/449 | Re, C. J. May 24, 1983 | Starlight Trading, Inc. | 77-10-04435 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/450 | Ford, J. May 24, 1983 | Bok Lei Tat, Inc. | 80-1-00075, 81-5-00614 | Export value | Invoice value | Agreed statement of facts | New York Kung Fu shoes, with and without embroidery |
| R83/451 | Ford, J. May 1924, 1983 | Polaroid Corp. | 79-4-00733-S | Export value | Invoice unit price plus royalty of 3.33% | Agreed statement of facts | Boston Sunglasses |
| R83/452 | Watson, J. May 25, 1983 | E. Mishan & Sons | 277418A, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Tablecloth, etc. |
| R83/453 | Watson, J. May 25, 1983 | Haruta & Co. | R65/10180, etc. | Export value | F.o.b unit invoice prices less 7.5% thereof | Agreed statement of facts | New York Tableware/dinnerware, etc. |
| R83/454 | Watson, J. May 25, 1983 | Kanematau New York, Inc. | R63/7833, etc. | Export value | Appraised unit values less 7.5% thereof net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/455 | Watson, J. May 25, 1983 | Oriental Exporters, Inc. | R65/10, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/456 | Re, C.J. May 26, 1983 | Adorence Co. | 77-8-01954, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Los Angeles Not stated |
| R83/457 | Re, C.J. May 26, 1983 | Aris Gloves | 74-701815 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Wearing apparel, etc. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R83/458 | Re, C.J. May 26, 1983 | Mitsui & Co. (USA) | 79-4-00609 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) 01142 | Philadelphia Not stated |
| R83/459 | Re, C.J. May 26, 1983 | Nichimen Co. | 76-5-01142 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Los Angeles Not stated |
| R83/460 | Watson, J. May 26, 1983 | Iwai of New York Inc. | R61/6088, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York All transistor radios, accessories and parts; entireties |
| R83/461 | Watson, J. May 26, 1983 | Mitsubishi International Corp. | R58/14819, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York Ladies and girls clothing, etc. |
| R83/462 | Watson, J. May 26, 1983 | Montgomery Ward & Co. | R61/9732, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | San Francisco Binoculars and cases, microscopes etc. |
| R83/463 | Watson, J. May 26, 1983 | Shalom Baby Wear Inc. | 276760A | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York All cotton shirts |
| R83/464 | Watson, J. May 26, 1983 | Starlight Trading, Inc. | R59/18609, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Cotton articles, cotton wearing apparel, silk fabric |
| R83/465 | Re, C.J. May 27, 1983 | Mitsui & Co. (USA) | 74-3-00710, etc. | Export value Constructed value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York |
| R83/466 | Re, C.J. June 6, 1983 | Allied Stores Int'l. Inc. | 79-11-01716 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/467 | Re, C.J. June 6, 1983 | American NTN Bearing Manufacturing Corp. | 77-11-04783 | Export value | Appraised values specified on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Chicago Not stated |
| R83/468 | Re, C.J. June 6, 1983 | Mamiye Bros. Inc. | 76-5-01072, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/469 | Re, C.J. June 6, 1983 | Metasco, Inc. | 79-4-00692 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/470 | Re, C.J. June 6, 1983 | National Silver Co. | 76-5-01164, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New Bedford (Boston) Not stated |
| R83/471 | Re, C.J. June 6, 1983 | Starlight Trading, Inc. | 78-4-00587, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/472 | Re, C.J. June 6, 1983 | Starlight Trading, Inc. | 78-5-00783 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/473 | Ford, J. June 6, 1983 | Perkin Elmer Corp. | 78-11-02037 | Export value | Invoice unit prices, net, packed representing correct dutiable value—said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York Electrical instruments and accessories |

| | | | | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth in attached schedule of protests | Agreed statement of facts | Miami; Los Angeles / Not stated |
|---|---|---|---|---|---|---|---|
| R83/474 | Landis, J. June 6, 1983 | Topp Electronics, Inc. | 79-8-01325 | Constructed value | Values specified on entry papers by liquidating officer excluding one-half of amount added for assists as set forth in attached schedule of protests | Agreed statement of facts | Miami; Los Angeles / Not stated |
| R83/475 | Watson, J. June 6, 1983 | A & A Trading Corp. | R59/10631, etc. | Export value (articles described on schedules A and B) | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and the appraised values (articles described on Schedule A) Appraised values shown on entry papers less amounts attributable to buying commission (exporter's commission, or purchasing agent's commission) (articles described on schedule B) | A & A Trading Corp. v. U.S. (C.D. 4472) | Boston / Binoculars and 9 volt batteries (articles described on schedule A) / All merchandise except that described on schedule A, which had buying agent's commission included as part of appraised values (articles described on schedule B) |
| R83/476 | Watson, J. June 6, 1983 | Arrow Trading Co. | R66/24849, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New York / 9 volt batteries |
| R83/477 | Watson, J. June 6, 1983 | Astra Trading Corp. | R60/22778, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | New York / Binoculars |
| R83/478 | Watson, J. June 6, 1983 | Bert Friedberg Co. | 259905A, etc. | Export value | F.o.b. invoice unit prices as shown on entry documents, plus 20% of difference between f.o.b. unit invoice prices and appraised values, net, packed | Agreed statement of facts | San Francisco / Binoculars |
| R83/479 | Watson, J. June 6, 1983 | Broadway Export Trading Co. | R65/5290, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York / Transistor radios, accessories and parts; entireties |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/480 | Watson, J. June 6, 1983 | Leslie B. Canion a/c Lefco Int'l. Inc. | R62/1177, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | Houston Transistor radios, accessories and parts; entireties |
| R83/481 | Watson, J. June 6, 1983 | Leslie B. Canion a/c Lefco Int'l. Inc. | R63/8125, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | Houston Transistor radios, accessories and parts; entireties |
| R83/482 | Watson, J. June 6, 1983 | S.S. Kresge Co. | R66/6877, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/483 | Watson, J. June 6, 1983 | Mark Schwartz | R59/17651, etc. | Export value | F.o.b. unit invoice prices less 7.5% thereof | Agreed statement of facts | Gloves, scarves, cotton wearing apparel |
| R83/484 | Watson, J. June 6, 1983 | Shalom & Co. | R63/2773, etc. | Export value | Appraised unit values less 7.5% thereof, net packed | Agreed statement of facts | New York Transistor radios, accessories and parts; entireties |
| R83/485 | Re, C. J. June 10, 1983 | Mitsubishi International Corp. | 78-5-00788 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |
| R83/486 | Re, C. J. June 10, 1983 | Mitsui & Co. (USA) | 73-3-00683 | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | Philadelphia Not stated |
| R83/487 | Re, C. J. June 10, 1983 | Mitsui & Co. (USA) | 75-4-00966, etc. | Export value | Appraised values shown on entry papers less additions included to reflect currency revaluation | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York Not stated |

| | | | | | | |
|---|---|---|---|---|---|---|
| R83/488 | Ford, J.<br>June 10, 1983 | Dana Perfumes Corp. | 75-12-03813 | Cost of production (merchandise described as items nos. 8226, 8227, 8228 and 8244 on invoices covered by entries and protests)<br>Constructed value (merchandise described as item nos. 8714, U8506, 8511, 1553 and U8714 on invoices covered by entries and protests) | Amounts for material, labor, fabrication costs and general expenses incurred for export to U.S. included in invoice prices, plus a profit percentage of either 84.66% (1970), 63.587% (1971), 51.758% (1972) or 28.28372% (1973) depending upon dates of exportation indicated, plus export packing (merchandise described as item nos. 8226, etc.)<br><br>Amounts for material and labor costs incurred for export to U.S. included in invoice prices, plus usual general expenses and profit percentage of either 59.03% (1970), 49.673% (1971), 40.673% (1972) or 12.3645% (1973), depending upon date of exportation indicated plus export packing (merchandise described as item nos. 8714, etc.) | Agreed statement of facts | New York<br>Canoe Cologne, etc. |
| R83/489 | Watson, J.<br>June 10, 1983 | Aircargo Brokerage Co. | R58/20945, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit prices and appraised value | Agreed statement of facts | Miami<br>Binoculars |
| R83/490 | Landis, J.<br>June 14, 1983 | Perkin Elmer Corp. | 79-5-00835 | Export value | Invoice unit prices, net, packed representing correct dutiable values—said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New york<br>Electrical instruments and accessories |

| DECISION NUMBER | JUDGE & DATE OF DECISION | PLAINTIFF | COURT NO. | BASIS OF VALUATION | HELD VALUE | BASIS | PORT OF ENTRY AND MERCHANDISE |
|---|---|---|---|---|---|---|---|
| R83/491 | Landis, J. June 14, 1983 | Perkin Elmer Corp. | 79-6-01067 | Export value | Invoice unit prices, net, packed representing correct dutiable values—said prices represent exporter's list prices less 35% discount | Agreed statement of facts | New York; Electrical instruments and accessories |
| R83/492 | Re, C.J. June 23, 1983 | Marubeni America Corp. | 73-7-02042, etc. | Export value (merchandise marked "A") United States value (merchandise marked "B") | Unit values found by appraising customs official, less ocean freight and marine insurance without additions for currency fluctuations (merchandise marked "A") Equal to appraised values, less any additions for currency fluctuation, less 10% or invoiced unit values, less all nondutiable charges, whichever value is higher (merchandise marked "B") | C.B.S. Imports Corp. v. U.S. (C.D. 4739) | New York; Not stated |
| R83/493 | Landis, J. June 23, 1983 | Gunze New York Inc. | 82-2-00161 | United States value | Values determined in accordance with guidelines as set forth in CIE 30/81 of 7/20/81 | Agreed statement of facts | New York; Synthetic textile piece goods |
| R83/494 | Watson, J. June 24, 1983 | Shalom & Co. | R65/9816, etc. | Export value | F.o.b. unit prices plus 20% of difference between f.o.b. unit prices and appraised values | Agreed statement of facts | New York; Transistor radios, accessories and parts; entirety |
| R83/495 | Watson, J. June 24, 1983 | Starlight Trading, Inc. | R62/4254, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York; Cotton blouses, etc. |
| R83/496 | Watson, J. June 27, 1983 | H.H. Arts | R65/19671, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston); Earthen figurines |

| R83/497 | Watson, J. June 27, 1983 | Louis Goldey Co. | R64/24192, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | Mobile at New York Tiles, etc. |
|---|---|---|---|---|---|---|---|
| R83/498 | Watson, J. June 27, 1983 | Joseph Markovits | R59/13453, etc. | Export value | Appraised values less 7.5% thereof | Agreed statement of facts | New York Artificial flowers |
| R83/499 | Watson, J. June 27, 1983 | National Silver Co. | R61/3888, etc. | Export value | F.o.b. unit invoice prices plus 20% of difference between f.o.b. unit invoice prices and appraised values | Agreed statement of facts | New Bedford (Boston) Earthenware, etc. |